DATE FILED: August 16, 2018 4:51 PM
FILING ID: 9E65E3C347F06
CASE NUMBER: 2018CV32713

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO** | |
| Court Address:   Denver City and County Building<br>1437 Bannock Street<br>Denver, CO  80202 | |
| **Plaintiff:**   **FARMLAND PARTNERS INC.**<br><br>**v.**<br><br>**Defendants:**   **ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOEs 2–10 (WHOSE TRUE NAMES ARE UNKNOWN)** | ▲ **COURT USE ONLY** ▲ |
| Attorneys for Plaintiff:<br><br>Scott F. Llewellyn<br>Email: sllewellyn@mofo.com<br>Atty. Reg. #: 34821<br><br>Kyle S. Pietari<br>Email: kpietari@mofo.com<br>Atty. Reg. #: 50157<br><br>Morrison & Foerster LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510 | Case No.: **2018CV32713**<br><br>Division: 376 |
| **PLAINTIFF'S PROOF OF SERVICE** | |

dn-200771

1

**EXHIBIT B-1**

In accordance with C.R.C.P. 4(h)(6), Plaintiff Farmland Partners Inc. ("Farmland Partners")
respectfully submits this duly acknowledged statement as to the date, place, and manner of
service completed on Defendant Rota Fortunae by substituted service via delivery of process to
Mr. Matthew Mitzner.

1.      On August 13, 2018, this Court entered an order permitting substituted service of process
on Defendant Rota Fortunae (the "Substituted Service Order") and instructed Farmland Partners
to (i) "deliver the process to Mr. Mitzner at the office of the law firm Mitzner PLLC, located at
1909 Abrams, Suite A, Dallas, Texas 75214"; and (ii) "deliver a copy of the process by email
and overnight mail to Mr. Mitzner's counsel, Mr. Michael Stockham." (Aug. 13, 2018 Order at
¶¶ 3–4.)

2.      On August 14, 2018, counsel for Farmland Partners delivered the following by email and
overnight mail to Mr. Stockham: a Summons directed to Defendant Rota Fortunae; Farmland
Partners' Civil Cover Sheet, stamped by the Court; Farmland Partners' Complaint, stamped by
the Court; the three Exhibits to Farmland Partners' Complaint, each stamped by the Court; the
Substituted Service Order, stamped by the Court; and the Court's Pre-Trial Order dated July 24,
2018, stamped by the Court (collectively, the "Service of Process Package").

3.      On August 15, 2018 counsel for Farmland Partners received a confirmation message
from UPS that the Service of Process Package addressed to Mr. Stockham had been delivered to
the mail room at the address of Mr. Stockham's law firm's office, located at One Arts Plaza,
1722 Routh Street, Suite 1500, Dallas, Texas 75201.  This, along with FPI counsel's earlier
transmission of the Service of Process Package by email, fulfilled the requirement of paragraph 4
of the Substituted Service Order.

4.     On August 14, 2018, counsel for Farmland Partners engaged Serving By Irving Inc., a professional server, and attempted to deliver process to Mr. Matthew Mitzner at 1909 Abrams, Suite A, Dallas, Texas 75214 in accordance with the Court's Substituted Service Order.  During business hours on August 14, Serving By Irving, through a local process server in Dallas, brought the Service of Process Package to that address, which Mr. Mitzner lists on his firm's website, https://www.matthewmitzner.law.  When the process server went to the 1909 Abrams address, the office was unoccupied, appearing as though it had been vacated and was no longer used as an office.

5.     Later on August 14, 2018, Farmland Partners' counsel Mr. Michael Birnbaum spoke with Mr. Stockham, counsel for Mr. Mitzner, and Mr. Stockham agreed to discuss with Mr. Mitzner alternative means of service for Rota Fortunae through Mr. Mitzner.

6.     Also on August 14, 2018, Farmland Partners, through counsel, sent the Service of Process Package to a post office box Mr. Mitzner identified on his firm's website for mail deliveries.

7.     On August 16, 2018, Mr. Mitzner sent to Farmland Partners' counsel an Acceptance of Service, attached hereto as Exhibit A, stating he "hereby accept[s] the service of process" in this case.

dn-200771

Dated: August 16, 2018

Respectfully submitted,


S/ Scott F. Llewellyn
Scott F. Llewellyn (Reg. No. 34821)
Kyle S. Pietari (Reg. No. 50157)

Morrison & Foerster LLP

Attorneys for Plaintiff
Farmland Partners Inc.

Address of Plaintiff:

Farmland Partners Inc.
4600 South Syracuse Street
Suite 1450
Denver, Colorado 80237

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the _16th_ day of _August_, _2018_, at _Denver, Colorado_
      (date)      (month)      (year)     (city and state)

_Kyle Pietari_                      _[signature]_
(Printed name of Affiant )                   Signature of Affiant

_2433 Eaton Street_     _Edgewater_        _Co_      _80214_
Address                City             State       Zip Code

_720 - 980 - 0427_
Work Phone

SUBSCRIBED AND SWORN TO before me this _16th_ day of August, 2018.

State of _Colorado_

County of _Denver_

_[signature]_
Notary Public

> IAN HETTERICH
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20184026771
> MY COMMISSION EXPIRES 06/27/2022

My Commission expires: _6/27/22_

## CERTIFICATE OF SERVICE

I certify that, while Rota Fortunae's identity remains unknown, on August 16, 2018, service of this Proof of Service (with attachments) was attempted on Rota Fortunae via delivery to Mr. Matthew Mitzner, who appears to be acting as counsel for Rota Fortunae for these purposes, by email to matthew@matthewmitzner.law and U.S. mail to P.O. Box 38036, Dallas, Texas 75238.  Service of this Proof of Service could not be completed on defendants John/Jane Does 2–10, because the identities of those defendants and their counsel for purposes of this lawsuit are unknown.

Dated: August 16, 2018

Respectfully submitted,

S/ Kyle S. Pietari

Scott F. Llewellyn (Reg. No. 34821)
Kyle S. Pietari (Reg. No. 50157)

Morrison & Foerster LLP

Attorneys for Plaintiff
Farmland Partners Inc.

Address of Plaintiff:

Farmland Partners Inc.
4600 South Syracuse Street
Suite 1450
Denver, Colorado 80237

dn-200771

# EXHIBIT A

DATE FILED: August 16, 2018 4:51 PM
FILING ID: 9E65E3C347F06
CASE NUMBER: 2018CV32713

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, Colorado  80202 | |
|---|---|
| **Plaintiff:  FARMLAND PARTNERS INC.**<br><br>**v.**<br><br>**Defendant:  ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN)** | ▲COURT USE ONLY▲ |
| *Attorneys for Plaintiff:*<br>Scott F. Llewellyn, #34821<br>Kyle S. Pietari, #50157<br>Morrison & Foerster LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510<br>Email: sllewellyn@mofo.com<br>Email: kpietari@mofo.com | Case Number:  18CV32713<br><br>Division:   376 |
| **ACCEPTANCE OF SERVICE** | |

     I have become aware that attorneys with Morrison Foerster seek to serve me with process pursuant to an August 13, 2018 Order from the District Court for Denver County, Colorado, in Case No. 2018CV32713. That order says that Court has granted Plaintiff Farmland Partners, Inc.'s Motion to Allow Substituted Service for Defendant Rota Fortunae "via substituted service upon Mr. Matthew Mitzner, counsel for Rota Fortunae,…"

     Pursuant to the August 13, 2018 Order regarding substituted service, I hereby accept the service of process, but I do so without waiving any objections to the venue or to the jurisdiction of the court over the defendant, and without waiving any objections to the form of this process and to the above-identified Order.

     I reserve all rights and objections available under applicable law without waiver of the same by simply agreeing to formally accept these papers to eliminate only the requirement for Plaintiff Farmland Partners Inc. to incur costs to engage a process server to locate and serve me in

person as the Court ordered.  Pursuant to C.R.C.P. 12(a)(2), defendant will respond to the Complaint with 35 days of the date of this acceptance of service.

DATED this 16th day of August, 2018.

_____
Matthew M. Mitzner

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Court Address:   Denver City and County Building<br>1437 Bannock Street<br>Denver, CO  80202 | DATE FILED: August 16, 2018 4:51 PM<br>FILING ID: 9E65E3C347F06<br>CASE NUMBER: 2018CV32713 |
| **Plaintiff:**   **FARMLAND PARTNERS INC.**<br><br>**v.**<br><br>**Defendants:**   **ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOEs 2–10 (WHOSE TRUE NAMES ARE UNKNOWN)** | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br><br>Scott F. Llewellyn<br>Email: sllewellyn@mofo.com<br>Atty. Reg. #: 34821<br><br>Kyle S. Pietari<br>Email: kpietari@mofo.com<br>Atty. Reg. #: 50157<br><br>Morrison & Foerster LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510 | Case No.: **2018CV32713**<br><br><br>Division: 376 |
| **AFFIDAVIT FROM KYLE S. PIETARI IN SUPPORT OF PLAINTIFF'S PROOF OF SERVICE** | |

1

I, Kyle S. Pietari, being of lawful age, state and affirm as follows:

1.      I am an attorney licensed to practice law in the State of Colorado.  I work at the law firm Morrison & Foerster LLP and am counsel of record for Plaintiff Farmland Partners Inc. ("Farmland Partners") in the above-captioned matter.  I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

2.      On August 14, 2018, Mr. Michael Birnbaum, counsel for Farmland Partners, sent Mr. Michael Stockham, counsel for Mr. Matthew Mitzner, an email attaching, and a UPS Next Day Air package enclosing, the following documents in the above-captioned matter: a Summons directed to Defendant Rota Fortunae; Farmland Partners' Civil Cover Sheet, stamped by the Court; Farmland Partners' Complaint, stamped by the Court; the three Exhibits to Farmland Partners' Complaint, each stamped by the Court; the Court's August 13, 2018 Order Granting Plaintiff's Motion to Allow Substituted Service, stamped by the Court; and the Court's Pre-Trial Order dated July 24, 2018, stamped by the Court (collectively, "the Service of Process Package").

3.      On August 14, 2018, counsel for Farmland Partners sent the Service of Process Package by certified mail to Mr. Mitzner's P.O. box address that is listed on his law firm's website for mail deliveries: P.O. Box 38036, Dallas, Texas 75238.  On August 16, 2018, counsel for Farmland Partners received a receipt from the U.S. Postal Service certifying that the package had been delivered to Mr. Mitzner's P.O. box address.

4.      On August 16, 2018, counsel for Farmland Partners received Mr. Mitzner's Acceptance of Service.  A true and correct copy of this Acceptance of Service document is attached to Farmland Partners' Proof of Service as Exhibit A.

2

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the _16_ day of _August_, _2018_, at _Denver_, _Colorado_
          (date)        (month)      (year)      (city and state)

_Kyle Pietari_
(Printed name of Affiant )
                                            Signature of Affiant

_370 17th St., Suite 4200_, _Denver_, _Colorado_  _80202_
Address                     City             State      Zip Code

_720 - 980 - 0427_
Work Phone

SUBSCRIBED AND SWORN TO before me this _16th_ day of August, 2018.

State of _Colorado_

County of _Denver_

_____
Notary Public

My Commission expires: _6/27/22_

IAN HETTERICH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184026771
MY COMMISSION EXPIRES 06/27/2022

dn-200772