| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Court Address:   Denver City and County Building<br>                          1437 Bannock Street<br>                          Denver, CO  80202 | DATE FILED: August 13, 2018 3:57 PM<br>CASE NUMBER: 2018CV32713 |
| **Plaintiff:**     **FARMLAND PARTNERS INC.**<br><br>v.<br><br>**Defendants:**  **ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOEs 2–10  (WHOSE TRUE NAMES ARE UNKNOWN)** | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br><br>Scott F. Llewellyn<br>Email: sllewellyn@mofo.com<br>Atty. Reg. #: 34821<br><br>Kyle S. Pietari<br>Email: kpietari@mofo.com<br>Atty. Reg. #: 50157<br><br>Morrison & Foerster LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510 | Case No.: **2018CV32713**<br><br><br>Division: 376 |
| **~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW SUBSTITUTED SERVICE** ||

Upon consideration of Plaintiff Farmland Partners' Motion to Allow Substituted Service and its attachments, and good cause having been shown, the Court hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED pursuant to C.R.C.P. 4(f).

1

**EXHIBIT B-2**

2. Plaintiff is authorized to serve process in this action on Rota Fortunae via substituted service upon Mr. Matthew Mitzner, counsel for Rota Fortunae, and thus a person to whom delivery of process is appropriate under the circumstances and reasonably calculated to give actual notice to Rota Fortunae.

3. Plaintiff shall deliver the process to Mr. Mitzner at the office of the law firm Mitzner PLLC, located at 1909 Abrams, Suite A, Dallas, Texas 75214.

4. Additionally, Plaintiff shall deliver a copy of the process by email and overnight mail to Mr. Mitzner's counsel, Mr. Michael Stockham.

5. Service shall be complete on the date of delivery to Mr. Mitzner.

6. Plaintiff shall not be required to mail the process to Rota Fortunae's address under C.R.C.P. 4(f)(2) because that address is unknown.

7. Plaintiff shall have 21 days to complete service of process consistent with this Order.

Dated: __August 13, 2018__   **SO ORDERED.**

_____
Elizabeth A. Starrs
Denver District Court Judge