# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. _____

FARMLAND PARTNERS, INC.,

       Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

       Defendants.

## DECLARATION OF MATTHEW MITZNER

I, Matthew Mitzner, declare that I am over 18 years of age, am competent to testify, and if called as a witness, would testify as follows:

1. I am an attorney, licensed to practice law in the State of Texas.

2. I am counsel for Defendant "Rota Fortunae."

3. My client "Rota Fortunae" is an individual and the sole author of the at-issue article and tweets that are the subject of the complaint. I am personally familiar with the individual who goes by the pseudonym "Rota Fortunae."

4. Beyond my role as counsel, exhibited by my letter made an exhibit to the Complaint in this matter, there are no other persons or entities who worked on, with, or for "Rota Fortunae" with regard to the at-issue statements and tweets.

5. The individual "Rota Fortunae" is a resident and citizen of the State of Texas.

I swear or affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Matthew M. Mitzner, Esq.