# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-KLM

FARMLAND PARTNERS INC.,

      Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2–10 (WHOSE TRUE NAMES ARE UNKNOWN),

      Defendants.

---

## DECLARATION FROM KYLE S. PIETARI IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

---

I, Kyle S. Pietari, declare that the following is true and correct based upon my personal knowledge:

     1.   I am an attorney licensed to practice law in the State of Colorado.  I work at the law firm Morrison & Foerster LLP and am counsel of record for Plaintiff Farmland Partners Inc. ("Farmland Partners") in the above-captioned matter.  I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

     2.   On July 9, 2018, Matthew Mitzner wrote a letter to Farmland Partners on behalf of a group of investors demanding information related to Farmland Partners' business.  Exhibit A hereto is a true and correct copy of that letter.

     3.   On July 20, 2018, Michael Stockham, counsel for Matthew Mitzner—who was at that time counsel to Rota Fortunae ("RF")—sent an email to counsel for Farmland Partners that referenced multiple "clients" of Mr. Mitzner on whose behalf Mr. Mitzner wrote his July 9 letter

1

to Farmland Partners.  This email also stressed that Mr. Mitzner did not have personal knowledge of the actions of RF and its co-conspirators.  Exhibit B hereto is a true and correct copy of that email.

4.    On July 23, 2018, Farmland Partners filed its Complaint against RF and John/Jane Does 2–10 in Colorado State Court.  Exhibit C hereto is a true and correct copy of the Complaint.

5.    On August 7, 2018, Farmland Partners filed a Motion to Allow Substituted Service on RF.  Exhibit D hereto is a true and correct copy of that filing.

6.    On August 16, 2018, Farmland Partners effectuated service on RF via the methods outlined in the Court's Order Granting Substituted Service on RF.  Exhibit E is a true and correct copy of the filed Proof of Service on RF.

7.    On August 20, 2018, John Chanin sent Farmland Partners' counsel an email stating that he would "be representing Mr. Mitzner and his clients in this matter."  Exhibit F hereto is a true and correct copy of that email.

8.    On August 28, 2018, Farmland Partners filed a Motion to Allow Substituted Service on John/Jane Does 2–10.  Exhibit G is a true and correct copy of that filing.

9.    On August 29, 2018, the Colorado State Court granted Farmland Partners' Motion to Allow Substituted Service on John/Jane Does 2–10.  Exhibit H is a true and correct copy of that Order.

10. On August 30, 2018, Farmland Partners effectuated service on John/Jane Does 2–10 via the methods outlined in the Court's Order Granting Substituted Service on John/Jane Does 2–10.  Exhibit I is a true and correct copy of the filed Proof of Service on John/Jane Does 2–10.

11. On August 30, 2018, RF filed a Motion to Reconsider the Order Granting Substituted Service on John/Jane Does 2–10.  Exhibit J hereto is a true and correct copy of that filing.

12. On September 7, 2018, Farmland Partners filed its Response to RF's Motion to Reconsider Order Granting Substituted Service on John/Jane Does 2–10.  Exhibit K hereto is a true and correct copy of that filing.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: October 5, 2018

Respectfully submitted,

*/s/ Kyle S. Pietari*

Kyle S. Pietari
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado  80202-5638
Telephone:  303.592.1500
Facsimile:  303.592.1510
kpietari@mofo.com
*Attorney for Plaintiff, Farmland Partners Inc.*

ny-1346502