# EXHIBIT A
# TO DECLARATION FROM JOSHUA MITTS
# IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

# JOSHUA R. MITTS

435 West 116 Street • New York, NY 10027 • (202) 460-0003 • joshua.mitts@law.columbia.edu

## ACADEMIC APPOINTMENTS

**Columbia Law School**, New York, NY                                                                                           2014 – present
*Associate Professor of Law* (2017 – present)
*Fellow* (2014-17)

## EDUCATION

**Columbia Business School**, Ph.D. in Finance & Economics, 2018

**Yale Law School**, J.D., 2013
- *Yale Law Journal*
- *Yale Journal on Regulation*

**Georgetown University**, B.A in Liberal Studies, *summa cum laude*, 2010

## PUBLICATIONS & WORKS IN PROGRESS

***Short and Distort*** (working paper, 2018), https://ssrn.com/abstract=3198384

***Asking the Right Question: The Statutory Right of Appraisal and Efficient Markets*** (working paper, 2018) (with Jonathan R. Macey)

***I Promise to Pay*** (revise & resubmit, J. L. ECON., 2018), https://ssrn.com/abstract=2994192

***Trial by Skype: Identifying the Causal Impact of Remote Adjudication***, INT'L REV. L. & ECON. (forthcoming 2019) (with Dane Thorley).

***Informed Trading and Cybersecurity Breaches***, HARV. BUS. L. REV. (forthcoming, 2018) (with Eric Talley)

***Activist Directors and Agency Costs: What Happens When an Activist Director Goes on the Board?***, CORNELL L. REV. (forthcoming, 2018) (with Robert Bishop, John C. Coffee, Jr. & Robert J. Jackson, Jr.)

***Trading Against the Random Expiration of Private Information: A Natural Experiment*** (revise & resubmit, J. FIN., 2018) (with Robert J. Jackson, Jr. & Wei Jiang), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2544128

***The 8-K Trading Gap*** (working paper, 2016) (with Alma Cohen & Robert J. Jackson, Jr.), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2657877

***Systemic Risk and Managerial Incentives in the Dodd-Frank Orderly Liquidation Authority***, 1 J. FIN. REG. 51 (2015), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2220208

***Finding Order in the Morass: The Three Real Justifications for Piercing the Corporate Veil***, 100 CORNELL L. REV. 99 (2014) (with Jonathan R. Macey), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2398033

***Anti-Herding Regulation***, 5 HARV. BUS. L. REV. 1 (2014) (with Ian Ayres), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2399240

***Mechanism Design in M&A Auctions***, 38 DEL. J. CORP. L. 873 (2014) (with Steven J. Brams), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2422577
- *Cited in* In re *Appraisal of Dell Inc.*, C.A. No. 9322-VCL (Del. Ch., May 31, 2016).

***How Much Mandatory Disclosure is Effective?*** (working paper, 2014), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2404526

***Did the JOBS Act Benefit Community Banks? A Regression Discontinuity Study*** (working paper, 2014), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2233502

***Predictive Regulation*** (working paper, 2014), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2411816

***Three Proposals for Regulating the Distribution of Home Equity***, 31 YALE J. ON REG. 77 (2014) (with Ian Ayres), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2161545

***Law and Mechanism Design: Procedures to Induce Honest Bargaining***, 68 NYU ANN. SURV. AM. L. 729 (2013) (with Steven J. Brams), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2161045

***Snake Oil Salesmen or Purveyors of Knowledge: Off-Label Promotions and the Commercial Speech Doctrine***, 23 CORNELL J. L. & PUB. POL'Y 337 (2013) (with Constance E. Bagley & Richard Tinsley), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2229153

***A Private Ordering Solution to Blockholder Disclosure***, 35 N.C. CENT. L. REV. 203 (2013), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2180939

Comment, ***Recoupment Under Dodd-Frank: Punishing Financial Executives and Perpetuating "Too Big to Fail,"*** 122 YALE L.J. 507 (2012), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2021556

**OTHER PUBLICATIONS**

***A Data-Driven Defense to "Short and Distort"***, NEW YORK LAW JOURNAL (Sep. 13, 2018)

***What Happens When an Activist Goes on the Board?***, COLUM. LAW SCH. BLUE SKY BLOG (Jan. 29, 2018) (with John C. Coffee, Jr.)

***Informed Trading and Cybersecurity Breaches***, HARV. LAW SCH. FORUM ON CORP. GOV. & FIN. REG. (Jan. 26, 2018) (with Eric Talley)

***Proactive Regulation***, REGBLOG: PENN PROGRAM ON REGULATION (Jun. 23, 2014)

***The Three Justifications for Piercing the Corporate Veil***, HARV. L. SCH. FORUM ON CORP. GOV. & FIN. REG. (Mar. 27, 2014) (with Jonathan R. Macey)

***Why the CFPB's Qualified Mortgage Rule Misses the Mark***, FREAKONOMICS BLOG (Jan. 17, 2014), *republished in* COLUM. L. SCH. BLUE SKY BLOG (Feb. 10, 2014) (with Ian Ayres)

***An Incentive-Compatible Alternative to "Don't Ask Don't Waive" Standstills***, COLUM. L. SCH. BLUE SKY BLOG (May 28, 2013) (with Steven J. Brams)

**TEACHING EXPERIENCE**

**Columbia Law School**, New York, NY                                                                                 2017 – present
*Data and Predictive Coding for Lawyers (January 2018)*
*Securities Regulation (Spring 2018, Spring 2019)*
*Contracts (Fall 2018)*

**PROFESSIONAL EXPERIENCE**

**Sullivan & Cromwell LLP**, New York, NY                                                                              2013 – 2014
*Associate*

**CONFERENCE & WORKSHOP PRESENTATIONS**

**2019**

Securities Law Roundtable at Tulane Corporate Law Institute; Vanderbilt Law & Economics Workshop; 8th Symposium on Intelligent Investing at Ivey Business School

**2018**

Junior Corporate Law Scholars Workshop at Columbia Law School; American Law & Economics Association Annual Meeting; Securities & Exchange Commission; Seminar on Corporate and Capital Markets Law and Policy at Harvard Law School (February 2018 and October 2018); Experimental Methods in Legal Scholarship III Conference at Columbia Law School; Law, Economics & Organization Workshop at Harvard Law School; Penn Law School Corporate Roundtable; Symposium of Journal of Institutional and Theoretical Economics

**2017**

UVA/Santa Fe. Institute Conference on Computational Study of the Law; Columbia Law Faculty Workshop; Columbia Law Blue Sky Workshop; Journal Corporate Law Scholars Workshop at NYU Law School

**2013-16**

American Law & Economics Association Annual Meeting (2016, 2015, 2014, 2013); Conference on Empirical Legal Studies (2015, 2014, 2013); Columbia Finance Faculty Workshop (2016); American Finance Association Annual Meeting (2016); Minnesota Law & Economics Seminar (2015); Georgetown Law & Economics Workshop (2014); Virginia Law Symposium on Disclosure (2014); Federal Reserve Conference on Community Banking in the 21st Century (2014); Symposium on Crises-Driven Regulation, University of St. Thomas School of Law (2014); University of Connecticut School of Law, Junior Scholars Workshop (2013)

### PEER REVIEW

*Review of Law & Economics; Review of Financial Studies*, *Journal of Legal Studies*, Conference on Empirical Legal Studies

### GRANTS, FELLOWSHIPS & AWARDS

Columbia Brown Institute for Media Innovation, 2016-17 Magic Grant (with Colleen Honigsberg)

Columbia Business School, Paul and Sandra Montrone Doctoral Fellowship

Yale Law School, Oscar M. Ruebhausen Fund (with Ian Ayres)

### BAR ADMISSION

New York