IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:18-cv-02351-KLM

FARMLAND PARTNERS, INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

    Defendants.

**DECLARATION OF** ███████████████ **AKA "ROTA FORTUNAE"**

I, ███████████, declare that I am over 18 years of age, am competent to testify, and if called as a witness, would testify as follows:

1. I am an individual living in the State of Texas.
2. I own real property in Texas.
3. I am registered to vote in Texas.
4. My car is registered in Texas.
5. I have a Texas driver's license.
6. I am the sole author of the article about Farmland Partners, Inc. ("FPI"), which was published on *seekingalpha.com* on July 11, 2018 under the pseudonym "Rota Fortunae." A true and correct copy of that article is attached here as Exhibit 1.
7. Seeking Alpha is a New York-headquartered media outlet for financial market analysis, whose tag line is "Read. Decide. Invest."

**EXHIBIT A**

8. Attached as Exhibit 2 is a true and correct copy of an excerpt from the comments to the article, specifically a comment made by me as "Rota Fortunae."

9. I also provided my article on FPI to the Securities and Exchange Commission (SEC) whistleblower hotline prior to submitting the article to Seeking Alpha.

10. I am the sole author of tweets about FPI under the Twitter name "RFortunae."

11. I do not conduct any business in Colorado.

12. I do not conduct any business with residents of Colorado.

13. I do not own any property in Colorado.

14. I do not have any cars registered in Colorado.

15. I am not registered to vote in Colorado.

16. I do not have a Colorado driver's license.

I swear or affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                                        ███████████████████████

                                                                        ███████████████ aka Rota Fortunae

EXHIBIT A