**EXHIBIT A**
**TO DECLARATION OF KYLE S. PIETARI**
**IN SUPPORT OF FARMLAND PARTNERS INC.'S**
**OPPOSITION TO ROTA FORTUNAE'S MOTIONS**
**TO DISMISS**

# INDEX TO EXHIBIT A
# TO DECLARATION OF KYLE S. PIETARI
# IN SUPPORT OF FARMLAND PARTNERS INC.'S
# OPPOSITION TO ROTA FORTUNAE'S
# MOTIONS TO DISMISS

1.   **Rota Fortunae** @RFortunae • Jul 11
Farmland Partners: Undisclosed Loans To Related-Party Tenants Introduces Significant Risk of Insolvency - Shares Uninvestible tinyurl.com/ ydbh39cz $FPI @RodBoydILM @FuzzyPandaShort

2.   **Rota Fortunae** @RFortunae • Jul 11
We believe $FPI is using its mortgage-lending program to artificially increase revenues by making loans to related party tenants who round-trip the cash back to FPI as rent and interest

3.   **Rota Fortunae** @RFortunae • Jul 11
$FPI has neglected to disclose that over 70% of its mortgages have been made to members of the management team, including Jesse Hough, the CEO's long-time business partner

4.   **Rota Fortunae** @RFortunae · Jul 11
After defaulting on a previous loan (not disclosed) $FPI leant its director of acquisitions (who is in bankruptcy) $61,800 on the same day he owed $61,750 for a new lease payment

5.   **Rota Fortunae** @RFortunae • Jul 11
$FPI misstated its SEC financials when it bailed out its director of acquisitions from a defaulted loan (not disclosed) by acquiring three of his properties and falsely reported the transaction as a loan

6.   **Rota Fortunae** @RFortunae • Jul 11
Why is Jesse Hough, Paul Pittman's long-time business partner, signing on a loan for an inactive entity, that corporate records show he has no affiliation with, and that is collateralized by land that deed records show he does not own?

7.   **Rota Fortunae** @RFortunae • Jul 11
A UCC filing shows "Pittman Hough" pledged shares of FPI for a bank loan days before $FPI signed an agreement Pittman later said he thought would drive the stock price up. He was wrong. The stock tanked and FPI began loaning to his long-time business partner.

8.   **Rota Fortunae** @RFortunae • Jul 11
An ominous timeline shows the "Pittman Hough" share pledge, loans, insider departures and the recent dismissal of auditor PWC $FPI

9.   **Rota Fortunae** @RFortunae • Jul 11
$FPI has relied on a hamster wheel of debt and equity raises to stay afloat. With only $19M in cash, if investors lose faith we think FPI will not only be forced to cut its dividend, but faces a significant risk of insolvency.

10.     Rota Fortunae Retweeted
        **tom renna** @StockPicker908 • Jul 11
        Replying to @winsteadscap @FuzzyPandaShort and 6 others
        @RFortunae what a report! awesome find

11.     **Rota Fortunae** @RFortunae • Jul 11
This occurred after he "paid off" his loan when $FPI acquired a property securing the loan. Can a bank pay full price for a house securing a defaulted mortgage and then call the loan money good?
        **WPF** @winsteadscap
        $FPI insider who is in default uses cash loan from FPI to pay cash back to company in the form of revenue #FTW @FuzzyPandaShort @Keubiko @RodBoyd!LM ...

12.     **Rota Fortunae** @RFortunae • Jul 11
Don't ask your barber if you need a haircut. $FPI
        **Saqib O** @SaqibReports
        Farmland Partners CEO disputes short seller repo1t that sent stock diving streetinsider.com/Reuters/Farmla ... CEO Pittman tells @sineadcarew "utterly no risk of insolvency" for Farmland $FPI

13.     **Rota Fortunae** @RFortunae • Jul 11
Of course ... more of a comment about $FPI than Reuters. Tell him to specifically deny the facts in an SEC disclosure where it matters.
        **Saqib O** @SaqibReports
        Replying to @RFortunae
        Ha!:-) But, as reporters we got to get comment.

14.     **Rota Fortunae** @RFortunae • Jul 11
We also note that $FPI neglected to respond to our list of questions, but gives major news agency a generic response.
        **Saqib O** @SaqibReports
        Replying to @RFortunae
        Ha!:-) But, as reporters we got to get comment.

15.     **Rota Fortunae** @RFortunae • Jul 11
$FPI response "None of the borrowers under the program as of March 31, 2018 were related parties, or have other business relationships with the Company, other than as borrowers and, in some cases, tenants." THE FACT JESSE HOUGH IS A TENANT IS THE PROBLEM! No denial.

16.     **Rota Fortunae** @RFortunae • Jul 11
$fpi size of loans compared to assets is not the issue and Pittman knows it. It is the size of loans versus cash flow and earnings (which we showed is potentially highly material).

17.     **Rota Fortunae** @RFortunae · Jul 11
$FPI lots more on the loan program and Pittman to come. Stay tuned ...

18.     **Rota Fortunae** @RFortunae • Jul 11

Starting from when we sent management our detailed questions asking for response, $FPI has had 2.5 days to address the facts. This is all shareholders get??

19.     **Rota Fortunae** @RFortunae • Jul 12

If $FP1 thinks it can issue a BS press release that addresses NONE of the facts and then fly under the radar, they have another thing coming. We are not done here. We haven't even touched on Pittman. Stay tuned ...

20.     **Rota Fortunae** @RFortunae · Jul 16

$FPI, you can bet we will look into these transactions but for now how about addressing the facts detailed in our report.

> **The Daytrade**
> $FPI *DJ Farmland Partners Sells 5 Farms Comprising 1,245 Acres for Total Gross Proceeds of $9.2 Million >FPI
> Further Boosts Liquidity

21.     **Rota Fortunae** @RFortunae • Jul 16

Nothing says we have no liquidity issues like liquidating properties. $FP1





Of course... more of a comment about $FPI than Reuters. Tell him to specifically deny the facts in an SEC disclosure where it matters.

**Saqib** ✔ @SaqibReports
Replying to @RFortunae

Ha! :-) But, as reporters we got to get comment.

💬    ↻ 1    ♡ 1

**Rota Fortunae** @RFortunae · Jul 11
Don't ask your barber if you need a haircut. $FPI

**Saqib** ✔ @SaqibReports
Farmland Partners CEO disputes short seller report that sent stock diving
streetinsider.com/Reuters/Farmla... CEO Pittman tells @sineadcarew "utterly no risk of insolvency" for Farmland $FPI
Show this thread

💬 1    ↻ 2    ♡ 5

**Rota Fortunae** @RFortunae · Jul 11
This occurred after he "paid off" his loan when $FPI acquired a property securing the loan.  Can a bank pay full price for a house securing a defaulted mortgage and then call the loan money good?

**WPF** @winsteadscap
$FPI insider who is in default uses cash loan from FPI to pay cash back to company in the form of revenue #FTW



🐦 **Home**    ⚡ **Moments**

Search Twitter

**Rota Fortunae**
@RFortunae

| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **474** | 115 | 681 | 33 | 1 |

and then call the loan money good?

**WPF** @winsteadscap
$FPI insider who is in default uses cash loan from FPI to pay cash back to company in the form of revenue #FTW

@FuzzyPandaShort @Keubiko @RodBoydILM ...

💬        ↻        ♡ 1

↻ Rota Fortunae Retweeted
**tom renna** @StockPicker908 · Jul 11
Replying to @winsteadscap @FuzzyPandaShort and 6 others
@RFortunae what a  report!  awesome find

💬        ↻ 1        ♡ 2

**Rota Fortunae** @RFortunae · Jul 11
$FPI has relied on a hamster wheel of debt and equity raises to stay afloat.  With only $19M in cash, if investors lose faith we think FPI will not only be forced to cut its dividend, but faces a significant risk of insolvency.

💬        ↻        ♡ 3

**Rota Fortunae** @RFortunae · Jul 11
An ominous timeline shows the "Pittman Hough" share pledge, loans, insider departures and the recent dismissal of auditor PWC $FPI

| Date | Event Description |
|------|-------------------|
| 2/12/17 | "Pittman/Hough" pledges stock for loan |
| 2/18/17 | FPI terminates Prudential contract |
| 3/16/17 | FPI "renegotiates" Ryan Niebur loan |



## Twitter interface

**Home**   **Moments**                                                Search Twitter

**Rota Fortunae**
@RFortunae

Tweets **474**   Following **115**   Followers **681**   Likes **33**   Lists **1**

| Date | Event |
|------|-------|
| 2/12/17 | "Pittman/Hough" pledges stock for loan |
| 2/18/17 | FPI terminates Prudential contract |
| 3/16/17 | FPI "renegotiates" Ryan Niebur loan |
| 5/8/17 | Pittman states he thought stock would go up |
| 7/7/17 | FPI stock closes at new all time low |
| 7/9/17 | Pittman converts 531,827 OP Units |
| 7/25/17 | FPI makes $100 Thousand loan to PHS Holdings |
| 8/25/17 | FPI makes $669 Thousand loan to Hough Farms |
| 8/28/17 | John C. Conrad resigns from board |
| 12/5/17 | D. Dixon resigns from board |
| 1/12/18 | FPI acquires property from PHS Holdings that FPI provided loan |
| 1/18/18 | FPI makes $5.25 Million loan to Siffring Farms signed by Jesse Hough |
| 1/18/18 | Darrell D. Sarff resigns from board |
| 3/10/18 | FPI dismisses PriceWaterHouseCoopers |
| 3/19/18 | Thoms Gimbel resigns from board |
| 4/10/18 | Robert Cowan resigns as President of PFI |

     = Potential related-party transactions
     = Executive, board or auditor events

💬   🔁 1   ♡ 3

**Rota Fortunae** @RFortunae · Jul 11
A UCC filing shows "Pittman Hough" pledged shares of FPI for a bank loan days before $FPI signed an agreement Pittman later said he thought would drive the stock price up.  He was wrong.  The stock tanked and FPI began loaning to his long-time business partner.

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HOUGH HOLDINGS LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4600 S SYRACUSE STREET, SUITE 1450 | DENVER | CO | 80237 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME



Tweets **474**   Following **115**   Followers **681**   Likes **33**   Lists **1**

**Rota Fortunae**
@RFortunae

Rota Fortunae @RFortunae · Jul 11

Why is Jesse Hough, Paul Pittman's long-time business partner, signing on a loan for an inactive entity, that corporate records show he has no affiliation with, and that is collateralized by land that deed records show he does not own?

FPI Lends Jesse Hough $5.25 Million Thru Siffring Farms Six Days After Entering Lease With PHS Holdings



**𝕏** Home   ⚡ Moments

Search Twitter

**Rota Fortunae**
@RFortunae

Tweets
**474**

Following
**115**

Followers
**681**

Likes
**33**

Lists
**1**

**Rota Fortunae** @RFortunae · Jul 11
$FPI misstated its SEC financials when it bailed out its director of acquisitions from a defaulted loan (not disclosed) by acquiring three of his properties and falsely reported the transaction as a loan

♡ 2

**Rota Fortunae** @RFortunae · Jul 11
After defaulting on a previous loan (not disclosed) $FPI leant its director of acquisitions (who is in bankruptcy) $61,800 on the same day he owed $61,750 for a new lease payment



🐦 Home   ⚡ Moments                                   Search Twitter

**Rota Fortunae**
@RFortunae

| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **474** | **115** | **681** | **33** | **1** |

---

**Rota Fortunae** @RFortunae · Jul 11

$FPI has neglected to disclose that over 70% of its mortgages have been made to members of the management team, including Jesse Hough, the CEO's long-time business partner

💬   ↻ 1   ♡ 4

---

**Rota Fortunae** @RFortunae · Jul 11

We believe $FPI is using its mortgage-lending program to artificially increase revenues by making loans to related party tenants who round-trip the cash back to FPI as rent and interest

💬   ↻ 1   ♡ 9

---

**Rota Fortunae** @RFortunae · Jul 11

Farmland Partners: Undisclosed Loans To Related-Party Tenants Introduces Significant Risk of Insolvency – Shares Uninvestible tinyurl.com/ydbh39cz $FPI @RodBoydILM @FuzzyPandaShort

 Home    Moments

Search Twitter

 **Rota Fortunae**
@RFortunae

| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **474** | **115** | **681** | **33** | **1** |

 **Rota Fortunae** @RFortunae · Jul 11

Farmland Partners: Undisclosed Loans To Related-Party Tenants Introduces Significant Risk of Insolvency – Shares Uninvestible tinyurl.com/ydbh39cz $FPI @RodBoydILM @FuzzyPandaShort



**Farmland Partners: Loans To Related-Party Tenants Introduce Signifi...**
We believe FPI is artificially increasing revenues by making loans to related-party tenants who round-trip the cash back to FPI as rent; 310% of 2017...
seekingalpha.com

○    ⟲ 3    ♡ 14