**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 1:18-cv-02351-KLM

FARMLAND PARTNERS, INC.,

      Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

      Defendants.

---

**NOTICE OF ANSWERING INTERROGATORIES**

---

      Notice is hereby given that Defendant, Rota Fortunae ("RF"), in the above-captioned matter pursuant to the Court's January 11, 2019 Minute Order (Doc. No. 54) responded to the interrogatories identified in in the Court's January 9, 2019 Order (Doc. No. 48) on January 14, 2019.  RF's responses and the transmittal thereof are attached as Exhibit A.

      Respectfully submitted this 14th day of January, 2019.

*/s/ John A. Chanin*
John A. Chanin
Katherine Roush
Melanie MacWilliams-Brooks
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado  80209
*jchanin@fostergraham.com*
*kroush@fostergraham.com*
*mbrooks@fostergraham.com*
Phone:  303-333-9810
Facsimile: 303-333-9786
*Attorneys for Defendant Rota Fortunae*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2019, I electronically filed the foregoing **NOTICE OF ANSWERING INTERROGATORIES** with the Clerk of the Court using the ECF system, and served via ECF to the following:

Scott F. Llewellyn
Kyle S. Pietari
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
sllewellyn@mofo.com
kpietari@mofo.com

and

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
mbirnbaum@mofo.com

_/s/_____Katherine Roush_____
Katherine Roush