IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02351-KLM

FARMLANDS PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE, whose true name is unknown, and
JOHN/JANE DOES 2-10, whose true names are unknown,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Hearing** [#57] (the "Motion"). On December 20, 2018, the Court ordered Defendant Rota Fortunae ("Rota") to respond to interrogatories propounded by Plaintiff regarding issues central to the pending Motion to Remand [#15]. *See Minute Entry* [#45]. In doing so, the Court set a Status Conference for January 11, 2019, to address Rota's responses and their impact, if any, on the Court's jurisdiction and the Motion to Remand [#15]. *Id.* By the January 11, 2019 Status Conference, Defendant Rota had failed to submit responses to Plaintiff's interrogatories.[1] Therefore, the purpose of the Status Conference could not be served and the Court again extended Rota's response deadline *post hac* until January 14, 2019. *See Minute Entry* [#54]. Defendant Rota complied by submitting responses to Plaintiff's interrogatories on January 14, 2019. *See Notice of Answering Interrogatories* [#55].

    In light of this, Plaintiff files the instant Motion [#57] seeking a hearing to address the alleged deficiencies in Defendant Rota's responses and the impact of Rota's responses on the Court's jurisdiction and the Motion to Remand [#15]. Given that this was the intended purpose of the January 11, 2019 Status Conference and Defendant Rota has now responded to the interrogatories,

---

[1] Prior to the Status Conference, the Court modified the number of interrogatories Rota was required to respond to and extended Rota's deadline to submit those responses until January 10, 2019. *See Order* [#48].

IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED**.[2]  Accordingly,

IT IS FURTHER **ORDERED** that a Status Conference is **SET** for **March 7, 2019**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The purpose of the Status Conference is to address Defendant Rota's responses to the interrogatories, Plaintiff's objections thereto, and the impact of Rota's responses, if any, on the jurisdiction of this Court and the Motion to Remand [#15].

The Court is aware that Defendant Rota has filed two separate motions seeking a stay of this matter.  *See* [#52 & #56].  Those motions are not fully briefed and the Court will rule on the appropriateness of a stay in due course.  *See Conkleton v. Zavaras*, No. 08-cv-02612-WYD-MEH, 2009 WL 1384166, at *2 (D. Colo. May 15, 2009) ("[T]he Court has broad discretion to stay proceedings as an incident to its power to control its own docket." (citing *Clinton v. Jones*, 520 U.S. 681, 706–07(1997))).

Dated:  January 28, 2019

---

[2] Although Defendant Rota has not filed a response to the Motion [#57] and the deadline to do so has not yet passed, the Court may nonetheless rule on the Motion.  *See* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").