**JOHN A. GOOD**

JERNIGAN CAPITAL, INC. | 6410 POPLAR AVENUE | SUITE 650 | MEMPHIS, TN  38119 | 901.567.9517

November 30, 2018

By email:

Rota Fortunae
c/o John Chanin

**Re:     Farmland Partners Inc.**

Dear Rota Fortunae:

I reviewed your November 16, 2018 letter regarding Farmland Partners Inc. and have made inquiries, including of management, into the allegations contained therein.  I have been advised that none of those allegations raise any issues under the securities laws or require any restatement of FPI's prior public filings, as to related party disclosures or otherwise.

Your letter appears to acknowledge that a better understanding of the facts would be helpful in addressing the concerns you raise.  I understand Jesse Hough has offered to meet with you but you have not yet accepted that invitation.  I too am prepared to meet with you to discuss my findings, to share information your letter did not include that is relevant to issues you raised, and to better understand your stated concerns.

In particular, I want to better understand your focus on the loan program, that portion of Farmland Partners' business that historically constitutes less than 2% of the company's revenue.  I am confident that a better understanding of the facts will allay any concerns about that program, but to the extent you believe anything in your letter amounts to a violation of the securities or other laws, I would welcome the opportunity to meet with you in person to discuss your concerns.   Please let me know a convenient time to do so.

Very truly yours,

/s/ John Good
John Good

**EXHIBIT B**