FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 28, 2019**

Elisabeth A. Shumaker
Clerk of Court

---

FARMLAND PARTNERS, INC,

    Plaintiff - Appellee,

v.

ROTA FORTUNAE, whose true name is unknown, and JOHN/JANE DOES 2-10, whose true names are unknown,

    Defendant - Appellant.

No. 19-1011

---

**ORDER**

---

This matter is before the court following review of the appellant's docketing statement. The appellant states that this court has jurisdiction to consider the district court's interlocutory orders being appealed under the collateral order doctrine. Given the unusual procedural posture of this appeal, the parties are directed to address appellate jurisdiction with specificity in their merits briefs. The parties should provide sufficient legal authority to demonstrate why this court has jurisdiction to consider the appeal, to include discussion of relevant cases supporting their jurisdictional argument.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Lara Smith*

    by: Lara Smith
        Counsel to the Clerk

**EXHIBIT D**