IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-KLM

FARMLAND PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE
NAME IS UNKNOWN), JOHN/JANE
DOES 2-10 (WHOSE TRUE NAMES
ARE UNKNOWN),

    Defendants.

---

**DECLARATION FROM MICHAEL D. BIRNBAUM IN SUPPORT OF
FARMLAND PARTNERS INC.'S RENEWED MOTION FOR DEFAULT JUDGMENT
AGAINST JOHN/JANE DOES 2-10**

---

I, Michael D. Birnbaum, declare that the following is true and correct based upon my personal knowledge:

    1. I am an attorney licensed to practice law in the State of New York. I work at the law firm Morrison & Foerster LLP and am counsel of record for Plaintiff Farmland Partners Inc. in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

    2. On January 15, 2019, Rota Fortunae submitted to Farmland Partners his First Amended Responses to the Court-ordered interrogatories 2 and 4. Exhibit A hereto is a true and correct copy of those responses.

3. On October 3, 2018, Joshua Mitts executed a declaration analyzing Farmland Partners' trading data around the time of the aforementioned events. Exhibit B hereto is a true and correct copy of that declaration.

4. On March 5, 2019, the parties had a hearing before this Court. Exhibit C hereto is a true and correct copy of the transcript of that hearing.

5. On August 30, 2018, Farmland Partners timely served John/Jane Does 2-10 with the Complaint pursuant to the Colorado State Court's Order. Exhibit D hereto is a true and correct copy of the Proof of Service on the Does.

6. On July 9, 2018, Farmland Partners received a letter by email from Rota Fortunae's former attorney, Matthew Mitzner, on behalf of "a group of investors." Exhibit E hereto is a true and correct copy of that letter.

7. On July 11, 2018, Rota Fortunae published an anonymous internet posting about Farmland Partners on the website Seeking Alpha. Exhibit F hereto is a true and correct copy of that posting.

8. Beginning July 11, 2018, and ending July 24, 2018, Rota Fortunae published a series of Tweets from the handle @RFortunae. Exhibit G hereto is a true and accurate reproduction of those Tweets as seen on a computer by an associate at my firm. Exhibit G includes an index created by the same associate for the purpose of numbering @RFortunae's Tweets to make it easier for the parties and the Court to cite to and reference them.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: March 8, 2019

                              Respectfully submitted,

                              */s/ Michael D. Birnbaum*

                              Michael D. Birnbaum
                              Morrison & Foerster LLP
                              250 West 55th Street
                              New York, NY 10019
                              Telephone: 212.336.4233
                              Facsimile:  212.468.7900
                              mbirnbaum@mofo.com

                              *Attorney for Plaintiff, Farmland Partners Inc.*