## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO. 1:18-cv-02351-KLM

FARMLAND PARTNERS, INC.,

      Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

      Defendants.

---

## DEFENDANT ROTA FORTUNAE'S NOTICE OF FILED MOTION TO RECONSIDER ORDER GRANTING SUBSTITUTED SERVICE ON FICTITIOUS DEFENDANTS JOHN/JANE DOES 2-10

---

Defendant Rota Fortunae ("RF"), by and through his counsel, Foster Graham Milstein and Calisher, LLP, hereby gives notice that on September 14, 2018, pursuant to D.C.COLO.CivR 81.1, Defendant Rota Fortunae filed the pending state-court Motion to Reconsider Order Granting Substituted Service of Fictitious Defendants John/Jane Does 2-10 ("Motion") and the related Response and Reply thereto.  The Motion's Docket Number is 1-8, the Response's Docket Number is 1-9, and the Reply's Docket Number is 1-10. The Order from which RF seeks reconsideration was filed as Docket Number 1-7. *See also* Doc. No 1 (Notice of Removal) at ¶ 18 ("Pursuant to D.C.COLOLCivR 81.1(b), a copy of all pending motions and related responses and replies is attached as Exhibit D, supra.").

At the Court's March 5, 2019 Status Conference, the Court indicated that the foregoing filing may have been insufficient under D.C.COLOLCivR 81.1(b). Therefore, RF is re-filing the

Motion, Response and Reply, all with separate docket numbers, contemporaneously with this Notice. ¶

Respectfully submitted this 14 Day of March, 2019,

*/s/ John A. Chanin*
John A. Chanin
Katherine Roush
Melanie MacWilliams-Brooks
FOSTER GRAHAM MILSTEIN &
CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
FAX: (303) 333-9786
E-mail: jchanin@fostergraham.com
kroush@fostergraham.com
mbrooks@fostergraham.com
*Attorneys for Defendant, Rota Fortunae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th Day of March, 2019, I electronically filed the foregoing **DEFENDANT ROTA FORTUNAE'S NOTICE OF FILED MOTION TO RECONSIDER ORDER GRANTING SUBSTITUTED SERVICE ON FICTITIOUS DEFENDANTS JOHN/JANE DOES 2-10** with the Clerk of the Court using the ECF system, and served via ECF to the following:

Scott F. Llewellyn
Kyle S. Pietari
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
sllewellyn@mofo.com
kpietari@mofo.com

and

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
mbirnbaum@mofo.com

/s/      *Lucas Wiggins*
Lucas Wiggins