**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 1:18-cv-02351-KLM

FARMLAND PARTNERS, INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

    Defendants.

---

**DEFENDANT ROTA FORTUNAE'S NOTICE OF SUPPLEMENTING HIS INTERROGATORY RESPONSES**

---

Notice is hereby given that Defendant Rota Fortunae ("RF"), pursuant to the Court's March 5, 2019 Minute Order (Doc. No. 69), supplements his interrogatory answers (filed at Doc. No. 55-1).

RF's Supplement is attached as Exhibit A.

Respectfully submitted this 19th day of March, 2019.

              */s/ John A. Chanin*
              John A. Chanin
              Katherine Roush
              Melanie MacWilliams-Brooks
              FOSTER GRAHAM MILSTEIN & CALISHER, LLP
              360 South Garfield Street, 6th Floor
              Denver, Colorado  80209
              *jchanin@fostergraham.com*
              *kroush@fostergraham.com*
              *mbrooks@fostergraham.com*
              Phone:  303-333-9810
              Facsimile: 303-333-9786
              *Attorneys for Defendant Rota Fortunae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2019, I electronically filed the foregoing **DEFENDANT ROTA FORTUNAE'S NOTICE OF SUPPLEMENTING HIS INTERROGATORY RESPONSES** with the Clerk of the Court using the ECF system, and served via ECF to the following:

Scott F. Llewellyn
Kyle S. Pietari
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
sllewellyn@mofo.com
kpietari@mofo.com

and

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
mbirnbaum@mofo.com

                                                */s/   Lucas Wiggins*
                                                Lucas Wiggins