IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02351-KLM

FARMLANDS PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE, whose true name is unknown, and
JOHN/JANE DOES 2-10, whose true names are unknown,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte. In light of the Court denying Plaintiff's Motion to Remand [#15], *see Order* [#83], and the fact that a Scheduling Conference has not yet been held in this matter,

    IT IS HEREBY **ORDERED** that the Scheduling Conference in this matter is **RESET** to **August 8, 2019**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall refer to the initial Order Setting Scheduling/Planning Conference [#21] in preparation of the Scheduling Conference.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order **no later than August 1, 2019**.

    Dated:  June 11, 2019