**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 1:18-cv-02351-KLM

FARMLAND PARTNERS, INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

    Defendants.

---

## UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE

---

Defendant Rota Fortunae, by and through his counsel, Foster Graham Milstein and Calisher, LLP, and pursuant to the Court's June 11, 2019 Minute Order [Doc No. 86], hereby moves the Court to reschedule the Scheduling Conference currently set for August 8, 2019 at 10:00 a.m.

1. The Court's Order of June 11, 2019 [Doc. No. 63] set a Scheduling Conference for August 8, 2019 at 10:00 a.m.

2. Undersigned counsel, Mr. John Chanin, is scheduled to be out of town on August 8, 2019 and cannot attend a Scheduling Conference at that time.

3. Undersigned counsel has conferred with counsel for Plaintiff. Plaintiff does not oppose rescheduling the Scheduling Conference.

4. The Court's clerk has indicated the Court has availability on August 1, 2019. Counsel for each Party have also confirmed their availability to appear for a Scheduling Conference on August 1, 2019.

5. This is the first request by Defendant Rota Fortunae to reschedule the Scheduling Conference. Granting the request will not delay this action or prejudice any party.

WHEREFORE, Defendant Rota Fortunae respectfully moves the Court to reschedule the Scheduling Conference to August 1st, 2019, with the parties' proposed scheduling order due no later than July 25, 2019.

Respectfully submitted this 17th Day of June, 2019,

        */s/ John A. Chanin*
        John A. Chanin
        Katherine Roush
        Melanie MacWilliams-Brooks
        FOSTER GRAHAM MILSTEIN & CALISHER, LLP
        360 South Garfield Street, 6th Floor
        Denver, CO 80209
        Telephone: (303) 333-9810
        FAX: (303) 333-9786
        E-mail: jchanin@fostergraham.com
        kroush@fostergraham.com
        mbrooks@fostergraham.com
        *Attorneys for Defendant, Rota Fortunae*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th Day of June, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE** with the Clerk of the Court using the ECF system, and served via ECF to the following:

Scott F. Llewellyn
Kyle S. Pietari
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
sllewellyn@mofo.com
kpietari@mofo.com

and

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
mbirnbaum@mofo.com

                                                    */s/     Lucas Wiggins*
                                                    Lucas Wiggins