IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-KLM

FARMLAND PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE NAME IS UNKNOWN), JOHN/JANE DOES 2-10 (WHOSE TRUE NAMES ARE UNKNOWN),

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s/ Scott F. Llewellyn | /s/ John A. Chanin |
| Scott F. Llewellyn | John A. Chanin |
| Morrison & Foerster LLP | FOSTER GRAHAM MILSTEIN & CALISHER, LLP |
| 4200 Republic Plaza | |
| 370 Seventeenth Street | 360 South Garfield Street, 6th Floor |
| Denver, Colorado 80202-5638 | Denver, Colorado 80209 |
| Telephone: 303.592.1500 | Phone: 303.333.9810 |
| Facsimile: 303.592.1510 | Facsimile: 303.333.9786 |
| sllewellyn@mofo.com | jchanin@fostergraham.com |
| Attorney for Plaintiff, Farmland Partners Inc. | Attorney for Defendant Rota Fortunae |

**SO ORDERED**

Dated: August 22, 2019

Hon. Kristen L. Mix
United States Magistrate Judge