**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02351-KLM

FARMLAND PARTNERS INC.,

      Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE
NAME IS UNKNOWN), JOHN/JANE
DOES 2-10 (WHOSE TRUE NAMES
ARE UNKNOWN),

      Defendants.

---

**DECLARATION FROM RHIANNON N. BATCHELDER IN SUPPORT OF**
**FARMLAND PARTNERS INC.'S MOTION TO COMPEL DISCOVERY FROM**
**DEFENDANT ROTA FORTUNAE**

---

I, Rhiannon N. Batchelder, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney licensed to practice law in the State of New York. I work at the law firm Morrison & Foerster LLP and am counsel of record for Plaintiff Farmland Partners Inc. ("FPI") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

2. On October 7, 2019, Rota Fortunae ("RF") provided FPI limited documents in response to FPI's August 21, 2019, request for the production of documents. The documents produced by RF were anonymized, redacted, and lacked metadata and associated text. Exhibits

1

sf-4098490

A and B hereto are true and correct copies of two emails produced by RF in this document production.

3.   On August 21, 2019, FPI sent RF discovery that it had previously served on RF in November 2018.  Exhibit C hereto is a true and correct copy of Farmland Partners Inc.'s First Set of Interrogatories to Rota Fortunae, and Exhibit D hereto is a true and correct copy of Farmland Partners Inc.'s First Set of Requests for the Production of Documents to Rota Fortunae.

4.   On September 13, 2019, FPI sent RF a notice for his deposition.  Exhibit E hereto is a true and correct copy of that deposition notice and email transmitting same.

5.   On September 20, 2019, RF sent FPI his Responses to Farmland Partners Inc.'s First Set of Requests for Production of Documents to Rota Fortunae.  Exhibit F hereto is a true and correct copy of RF's responses to FPI's document requests.

6.   On September 20, 2019, RF sent FPI his Responses to Farmland Partners Inc.'s First Set of Interrogatories to Rota Fortunae.  Exhibit G hereto is a true and correct copy of RF's interrogatory responses.

7.   On October 2, 2019, counsel for RF emailed counsel for FPI and described the limited and anonymized nature of discovery that RF is willing to provide.  Exhibit H hereto is a true and correct copy of that email.

8.   On January 15, 2019, RF provided FPI with his First Amended Responses to Farmland Partners' Jurisdictional Interrogatories 2 and 4.  Exhibit I hereto is a true and correct copy of those interrogatory responses.

9.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

sf-4098490

Executed on:  October 15, 2019

Respectfully submitted,


/s/ *Rhiannon N. Batchelder*
Rhiannon N. Batchelder
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone:  212-468-8000
Facsimile:  212-468-7900
Email: rbatchelder@mofo.com

*Attorney for Plaintiff, Farmland Partners Inc.*

sf-4098490