# EXHIBIT B

Message

| | |
|---|---|
| From: | Person B  Person B  Person B |
| Sent: | 5/25/2018 3:07:36 PM |
| To: | RF  RF  RF  Person C  Person C |
| Subject: | Related Party Transactions |

So for SEC purposes under Item 404 or 17 CFR 229.404, we essentially need Pitman to have a 5% or greater interest, executive position or have an immediate relative involved with an entity that conducts a transaction with FPI.

"Transaction" is any financial transaction, arrangement or relationship (***including any indebtedness or guarantee of indebtedness***) or any series of similar transactions, arrangements or relationships, in which the Company was or is to be a participant and the amount involved exceeds $ 120,000, and in which any related person had or will have a direct or indirect material interest. A person who has a position or relationship with a firm, corporation or other entity that engages in a transaction with the registrant shall not be deemed to have an indirect material interest in such Transaction where: a. the interest arises only: (1) from such person's position as a director of another corporation or other entity that is a party to the transaction; or (2) from the direct or indirect ownership by such person and all other persons who are Related Parties, of less than a ten percent equity interest in such firm, company or other entity (other than a partnership) which is a party to the transaction; or (3) from both such position and ownership; or Related Party Page 2 of 4 b. The interest arises only from such person's position as a limited partner in a partnership in which the person and all other persons who are Related Parties have an interest of less than ten percent, and the person is not a general partner of and does not hold another position in the partnership.



**Person B**

P:
C:
Address: