IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02351-KLM

FARMLANDS PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE, whose true name is unknown, and
JOHN/JANE DOES 2-10, whose true names are unknown,

    Defendants.

___

## MINUTE ORDER

___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order and Confidentiality Agreement** [#117] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#117] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Confidentiality Agreement and Protective Order [#117] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  November 8, 2019