IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-KLM

FARMLAND PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE (WHOSE TRUE
NAME IS UNKNOWN), JOHN/JANE
DOES 2-10 (WHOSE TRUE NAMES
ARE UNKNOWN),

    Defendants.

**DECLARATION OF RHIANNON N. BATCHELDER IN SUPPORT OF FARMLAND PARTNERS INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM DEFENDANT ROTA FORTUNAE**

I, Rhiannon N. Batchelder, declare that the following is true and correct based upon my personal knowledge:

    1. I am an attorney licensed to practice law in the State of New York. I work at the law firm Morrison & Foerster LLP and am counsel of record for Plaintiff Farmland Partners Inc. ("FPI") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

    2. On October 7, 2019, Rota Fortunae ("RF") provided FPI limited documents in response to FPI's August 21, 2019 request for the production of documents. The documents produced by RF were anonymized, redacted, and lacked metadata and associated text. Exhibits

sf-4134872

A-L and N-O hereto are true and correct copies of emails produced by RF in this document production.

3. On November 7, 2019, third party Peak6 Investments, LLC ("Peak6") copied counsel for FPI on an email exchange wherein RF's counsel provided Peak6 with a list of items to redact from its document production in response to FPI's subpoena request to Peak6. Exhibit M hereto is a true and correct copy of this email exchange.

4. On November 14, 2019, counsel for FPI received a production from a third party in response to FPI's subpoena. That production contained trading information in a chart format. Under the "Client" column, six different entries are redacted. This document is designated as Confidential under the parties' Protective Order, but FPI can provide the Court a copy under seal if the Court so desires.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  November 19, 2019

Respectfully submitted,

/s/ *Rhiannon N. Batchelder*
Rhiannon N. Batchelder*
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone:  (303) 592-2217
Facsimile: (303) 592-1510
Email: rbatchelder@mofo.com

*Attorney for Plaintiff, Farmland Partners Inc.*

Admitted in NY only; practice supervised by principals of the firm admitted in Colorado.

3

sf-4134872