# EXHIBIT A

Message
_____

**From:**        [RF]   [RF]              [RF]
**Sent:**        5/28/2018 8:18:09 PM
**To:**                [Person C]        [Person C]
**CC:**          [Person B]  [Person B]       [Person B]
**Subject:**     Re: Got 'em
**Attachments:** IMG_4766.PNG


Fbr
Robert Baird
B Riley

Sent from my iPhone

> On May 28, 2018, at 8:47 PM, [Person C]         [Person C]          wrote:
>
> You the man, this is going to be good
>
> Best,
>
> [Person C]
>
> ████████████████████
>
> [Person C]
> (w): ████████████
> (c): ████████████
>
> Sent from my iPhone
>
> On May 28, 2018, at 7:52 PM, [RF]  [RF]                    [RF]
> [RF]          wrote:
>
> Do you guys have access to Stonegate. Would like to see how the disclosure changes. If not let's look
at other sell side reports and see if they make same disclosure.
>
> Sent from my iPhone
>
> On May 28, 2018, at 6:42 PM, [Person B]  [Person B]
> [Person B]                                                  wrote:
>
>
> nice!
>
>
> _____
> From: [RF]   [RF]   [                    RF                    ]
> Sent: Monday, May 28, 2018 5:54 PM
> To: [Person C]        [Person B]   [Person B]
> Subject: Got 'em
>
> From 2016. After the disclosure changes.
>
> http://www.stonegateinc.com/reports/FPI_Q415_Update.pdf
> FPI Q415 Update - Stonegate Capital<http://www.stonegateinc.com/reports/FPI_Q415_Update.pdf>
> www.stonegateinc.com<http://www.stonegateinc.com>
> 2 BUSINESS OVERVIEW Farmland Partners is an internally managed, publicly traded REIT (election and
qualification as of 12/31/14) that acquires high-quality
>
>
>
> [cid:0B44E3E1-1217-47AC-9985-300E6CB49DC3]
>
>
> Sent from my iPhone
> <IMG_4766.PNG>
> <IMG_4766.PNG>