# EXHIBIT B

**Message**

**From:** [Person B] [Person B] [Person B]
**Sent:** 5/29/2018 5:57:52 AM
**To:** [RF] [RF] [RF] [Person C] [Person C]
**Subject:** Re: Got 'em

I will try

Get Outlook for iOS

---

**From:** [RF] [RF] [RF]
**Sent:** Tuesday, May 29, 2018 6:57:08 AM
**To:** [Person C]
**Cc:** [Person B] [Person B]
**Subject:** Re: Got 'em

Raymond James started coverage in September 2017. If there is a report that will have he most info on management, it will be this one. Can you get it?

Sent from my iPhone

> On May 28, 2018, at 8:47 PM, [Person C] [Person C] wrote:
>
> You the man, this is going to be good
>
> Best,
>
> [Person C]
>
>
>
> (w): [redacted]
> (c): [redacted]
>
> Sent from my iPhone
>
> On May 28, 2018, at 7:52 PM, [RF] [RF] [RF] [RF] wrote:
>
> Do you guys have access to Stonegate. Would like to see how the disclosure changes. If not let's look at other sell side reports and see if they make same disclosure.
>
> Sent from my iPhone
>
> On May 28, 2018, at 6:42 PM, [Person B] [Person B] [Person B] [Person B] wrote:
>
>
> nice!
>
>
> _____
> From: [RF] [RF] [RF]
> Sent: Monday, May 28, 2018 5:54 PM
> To: [Person C] [Person B] [Person B]

RF001976

> Subject: Got 'em
>
> From 2016. After the disclosure changes.
>
> http://www.stonegateinc.com/reports/FPI_Q415_Update.pdf
> FPI Q415 Update - Stonegate Capital<http://www.stonegateinc.com/reports/FPI_Q415_Update.pdf>
> www.stonegateinc.com<http://www.stonegateinc.com>
> 2 BUSINESS OVERVIEW Farmland Partners is an internally managed, publicly traded REIT (election and qualification as of 12/31/14) that acquires high-quality
>
>
>
>
> [cid:0B44E3E1-1217-47AC-9985-300E6CB49DC3]
>
>
> Sent from my iPhone
> <IMG_4766.PNG>
> <IMG_4766.PNG>

RF001977