# EXHIBIT C

Message

| From: | Person C | Person C | | | |
|---|---|---|---|---|---|
| Sent: | 5/30/2018 10:55:21 AM | | | | |
| To: | Person B   Person B | Person B | RF | RF | RF |
| Subject: | FPI NAV | | | | |

My FPI NAV estimate: $6.38.

So I think the way we frame it is: 1) Book value is not indicative of inherent value because management significantly overpaid for the assets, 2) Management's assessment of ~$12 per share in value is disingenuous at best, discrediting them incrementally, and 3) FPI bought American Farmland at a significant discount to NAV, and the average bid was much lower, as well, therefore the price at which the assets could be monetized is lower than NAV, ~$5.

I also think the fact that we put the USDA estimates in, then mark them up, lends credibility to our estimate, i.e., that we're not just taking the most draconian scenario possible and calling it fact.

| Location of Farm | Approximate % of Total Acres | Apprx. Acres | USDA 2017 Estimates | | SCM Valuation | | Premium to USDA Estimate |
|---|---|---|---|---|---|---|---|
| | | | UDSA Price/Acre | Valuation | Price/AC | Valuation | |
| Alabama | 0.4% | 664 | $3,000 | $1,992,000 | $5,500 | $3,652,000 | 83% |
| Arkansas | 9.1% | 15,106 | $2,790 | $42,145,740 | $3,250 | $49,094,500 | 16% |
| California | 7.2% | 11,952 | $11,290 | $134,938,080 | $13,548 | $161,925,696 | 20% |
| Colorado | 15.1% | 25,066 | $1,920 | $48,126,720 | $3,800 | $95,250,800 | 98% |
| Florida | 4.6% | 7,636 | $6,750 | $51,543,000 | $8,150 | $62,233,400 | 21% |
| Georgia | 3.3% | 5,478 | $3,420 | $18,734,760 | $6,000 | $32,868,000 | 75% |
| Illinois | 25.5% | 42,330 | $7,350 | $311,125,500 | $7,905 | $334,618,650 | 8% |
| Kansas | 1.2% | 1,992 | $1,970 | $3,924,240 | $3,500 | $6,972,000 | 78% |
| Louisiana | 5.9% | 9,794 | $2,740 | $26,835,560 | $4,150 | $40,645,100 | 51% |
| Michigan | 1.4% | 2,324 | $4,450 | $10,341,800 | $6,387 | $14,843,388 | 44% |
| Mississippi | 3.1% | 5,146 | $2,720 | $13,997,120 | $3,500 | $18,011,000 | 29% |
| North Carolina | 6.9% | 11,454 | $3,970 | $45,472,380 | $5,000 | $57,270,000 | 26% |
| Nebraska | 3.7% | 6,142 | $4,550 | $27,946,100 | $5,474 | $33,621,308 | 20% |
| South Carolina | 9.1% | 15,106 | $2,500 | $37,765,000 | $4,000 | $60,424,000 | 60% |
| South Dakota | 1.1% | 1,826 | $3,330 | $6,080,580 | $3,996 | $7,296,696 | 20% |
| Texas | 1.7% | 2,822 | $2,010 | $5,672,220 | $4,500 | $12,699,000 | 124% |
| Virginia | 0.7% | 1,162 | $4,480 | $5,205,760 | $5,400 | $6,274,800 | 21% |
| Total Acres (12/31/17) | | 166,000 | | $791,846,560 | | $997,700,338 | 26% |

| | USDA Value | Parcel by Parcel Analysis |
|---|---|---|
| Implied Enterprise Value | $791,846,560 | $997,700,338 |
| + Cash | $19,666,000 | $19,666,000 |
| - Total Debt | $513,974,000 | $513,974,000 |
| - Preferred Equity | $146,487,000 | $146,487,000 |
| - Total Minority Interest | $117,878,000 | $117,878,000 |
| Implied Market Capitalization | $33,173,560 | $239,027,338 |
| Total Shares Outstanding | 37,451,000 | 37,451,000 |
| Implied Price Per Common Share | $0.89 | $6.38 |
| Implied EV/Acres | $4,770 | $6,010 |
| Downside | -90% | -26% |

Person C

*Senior Analyst*





*This email is confidential. If you are not the intended recipient, please notify the sender immediately. You should not copy it or disclose its contents to any other person. It should be noted that internet communications are not secure and subject to possible data corruption, either accidentally or on purpose, and may contain viruses. Please note that the contents of this email should not be construed as investment advice unless explicitly stated as such in the text of the email. Further, it should be noted that this email (and any attachments) should not be construed as the solicitation of an offer to purchase or an offer to sell an interest in any private investment fund managed by* ▮▮▮▮▮ *Also, please note that (to the extent that performance information is contained in this email) - past performance is not necessarily indicative of future returns.*