# EXHIBIT E

Message

| | |
|---|---|
| **From**: | [Person C] [Person C] |
| **Sent**: | 6/19/2018 11:25:31 AM |
| **To**: | [RF] [RF] [RF] |
| **Subject**: | FPI Valuation |
| **Attachments**: | FPI valuation discussion.docx; FPI Valuation Data.xlsx |

See attached, two docs

1)    First stab at valuation discussion
2)    Excel data – feel free to change the form/font/color whatever

**Person C**
*Senior Analyst*

*This email is confidential. If you are not the intended recipient, please notify the sender immediately. You should not copy it or disclose its contents to any other person. It should be noted that internet communications are not secure and subject to possible data corruption, either accidentally or on purpose, and may contain viruses. Please note that the contents of this email should not be construed as investment advice unless explicitly stated as such in the text of the email. Further, it should be noted that this email (and any attachments) should not be construed as the solicitation of an offer to purchase or an offer to sell an interest in any private investment fund managed by ▮▮▮▮▮▮▮▮▮▮ Also, please note that (to the extent that performance information is contained in this email) - past performance is not necessarily indicative of future returns.*