# EXHIBIT F

One aspect of the FPI story that is particularly opaque is trying to value its assets. For starters, just because FPI was willing to pay a certain price for an asset does not mean that's what it's "worth" to a willing and able buyer. We have found instances where it appears FPI grossly overpaid for assets that had traded within the past one to two years. [Insert transaction discussion here]. Therefore, although management claims that Net Asset Value is $12 per share, we believe that in a liquidation scenario they are worth significantly less, say nothing of the fact that we believe management's comments and assertions cannot be trusted based on the aforementioned findings.

For our NAV analysis, we used three primary sources: 1) Recent disclosed FPI transactions, 2) AcreValue.com valuation, which provides national acre-by-acre valuation analysis based on soil types, climate, crop rotations, taxes and current crop prices to triangulate an accurate current valuation, and 3) Current for-sale land listings of similar plots of land as FPI's. We believe our estimates provide a fair assumption of FPI's current NAV per share, and have attempted to err on the side of conservatism by using higher estimates when available. Because land values can vary greatly, even for properties which are located next to one another, we believe this is the most accurate way to value the company's assets. Our analysis indicates that FPI's NAV is roughly $5.23, roughly 40% lower than the current stock price.

| Location of Farm | Approximate % of Total Acres | Apprx. Acres | USDA 2017 Estimates | | Our Valuation | | Premium to USDA Estimate |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | USDA Price/Acre | Valuation | Price/AC | Valuation | |
| Alabama | 0.4% | 664 | $3,000 | $1,992,000 | $5,500 | $3,652,000 | 83% |
| Arkansas | 9.1% | 15,106 | $2,790 | $42,145,740 | $3,860 | $58,309,160 | 38% |
| California | 7.2% | 11,952 | $11,290 | $134,938,080 | $12,941 | $154,670,832 | 15% |
| Colorado | 15.1% | 25,066 | $1,920 | $48,126,720 | $2,558 | $64,118,828 | 33% |
| Florida | 4.6% | 7,636 | $6,750 | $51,543,000 | $3,915 | $29,894,940 | -42% |
| Georgia | 3.3% | 5,478 | $3,420 | $18,734,760 | $6,000 | $32,868,000 | 75% |
| Illinois | 25.5% | 42,330 | $7,350 | $311,125,500 | $7,905 | $334,618,650 | 8% |
| Kansas | 1.2% | 1,992 | $1,970 | $3,924,240 | $2,057 | $4,097,544 | 4% |
| Louisiana | 5.9% | 9,794 | $2,740 | $26,835,560 | $4,351 | $42,613,694 | 59% |
| Michigan | 1.4% | 2,324 | $4,450 | $10,341,800 | $9,389 | $21,820,036 | 111% |
| Mississippi | 3.1% | 5,146 | $2,720 | $13,997,120 | $4,008 | $20,625,168 | 47% |
| North Carolina | 6.9% | 11,454 | $3,970 | $45,472,380 | $5,000 | $57,270,000 | 26% |
| Nebraska | 3.7% | 6,142 | $4,550 | $27,946,100 | $7,486 | $45,979,012 | 65% |
| South Carolina | 9.1% | 15,106 | $2,500 | $37,765,000 | $4,109 | $62,070,554 | 64% |
| South Dakota | 1.1% | 1,826 | $3,330 | $6,080,580 | $3,996 | $7,296,696 | 20% |
| Texas | 1.7% | 2,822 | $2,010 | $5,672,220 | $2,937 | $8,288,214 | 46% |
| Virginia | 0.7% | 1,162 | $4,480 | $5,205,760 | $5,400 | $6,274,800 | 21% |
| Total Acres (3/31/18) | | 166,000 | | $791,846,560 | | $954,468,128 | 21% |

| | USDA Value | Parcel by Parcel Analysis |
| --- | --- | --- |
| Implied Enterprise Value | $791,846,560 | $954,468,128 |
| + Cash | $19,666,000 | $19,666,000 |
| - Total Debt | $513,974,000 | $513,974,000 |
| - Preferred Equity | $146,487,000 | $146,487,000 |
| - Total Minority Interest | $117,878,000 | $117,878,000 |
| Implied Market Capitalization | $33,173,560 | $195,795,128 |
| Total Shares Outstanding | 37,451,000 | 37,451,000 |
| Implied Price Per Common Share | $0.89 | $5.23 |
| Implied EV/Acres | $4,770 | $5,750 |
| Downside | -90% | -41% |

We would also point out two observations: 1) FPI's NAV based on the average price per acre according to the USDA would value the company at only $0.89, or 90% lower than the current stock price, and 2) transactions in the space have historically been executed below NAV. For example, FPI's acquisition of American Farmland in 2017 was $8.23 per share, despite AFCO's internal NAV valuation estimate of $10.05 (table below). Therefore, we believe that FPI could trade lower than our $5.23 NAV estimate, implying ~50% downside from today's price.

*Reconciliation of Net Asset Value (NAV) per Share to Company Stockholders' Equity*

The following table provides a reconciliation of Net Asset Value (NAV) per fully diluted share to Company stockholders' equity as of December 31, 2015.

|  | As of December 31, 2015 |
|---|---|
| Company stockholders' equity | $ 132,371,084 |
| Revaluation adjustment attributable to the Company(1) | 37,419,678 |
| Company stockholders' equity determined on the basis of fair value(2) | 169,790,762 |
| Number of fully diluted common shares outstanding | 16,890,847 |
| NAV per share(3) | $ 10.05 |

(1) Represents the difference between the appraised value of each property and its net book value, after accumulated depreciation and after adding back any acquisition-related expenses that were expensed. The revaluation adjustment attributable to the Company excludes the portion attributable to non-controlling interests.
(2) Increases in fair value are primarily driven by changes in independent third-party appraisals, additional development costs and acquisition-related expenses.
(3) Net of cumulative dividends paid. The estimated NAV per share following the Offering and giving effect to the $2.52 per share dilutive effect of the Offering and Internalization Transaction was $9.64 per share.

RF001740