# EXHIBIT H

Message

| | |
|---|---|
| From: | Person B  Person B  Person B |
| Sent: | 6/28/2018 11:34:56 AM |
| To: | RF  RF  RF  Person C  Person C |
| Subject: | RE: Same-property rev |

You have got to include this from the last call:

**Paul A. Pittman**
But turning to the dividend reduction specifically. As we said in the last conference call, and I want to reiterate it, our Board has discussed this. Of course, we have a legal obligation to authorize dividends every quarter, but we don't have any intention as a board in this company to reduce this dividend during this calendar year, that's not to say we will reduce it next year, but we wanted to tell people quite clearly what our intentions were. And the reason we are, again, so against reducing the dividend is really twofold. First, in context, we are negative -- we are over distributing by literally just a few million dollars. Where that is in the context, if you looked at last year's USDA report on land values of an appreciation of the portfolio that was probably in the neighborhood of about $23 million, that's a billion dollar portfolio, about 2.3% nationwide increase in farmland we're roughly a balanced nationwide portfolio. So we think what we're doing is we're over this -- we're grabbing appreciation value and distributing it a little bit by having an uncovered dividend, but the actual dollar amount on $1.1 billion or so of assets is so small that we do not want to reduce a dividend and we don't feel pressured to reduce the dividend. The next point I want to make is, and we studied this, if you go look empirically at what happens when somebody reduces the dividend, it does not lead to stock price increase, it leads to stock price decrease. Again, there's a wealth of information out there and we've had these presentations. We researched the topic. Dividend decreases do not lead to higher stock price, they lead to lower stock price. So I'm not sure what we get from decreasing the dividend.

**From:** RF  RF  RF
**Sent:** Thursday, June 28, 2018 11:53 AM
**To:** Person B  Person B  Person B  Person C  Person C
**Subject:** Same-property rev

Below is estimate of acquired acquisition revenue for 2017. Gets you down 8.8% for the year, not far from what they report. So I do not think they are reporting that figure wrong, but that the same-property revenues are being inflated by the loan game. How would anyone know just looking at the financials. They don't report by farm so would be very easy to add a million here or there to rent of management leases.

| | 1Q2017 | 2Q2017 | 3Q2017 | 4Q2017 |
|---|---|---|---|---|
| **Acquisitions by Region** | | | | |
| Corn Belt | $101,764 | $701 | $0 | $0 |
| Delta & South | $6,123 | $5,350 | $0 | $0 |
| High Plains | $5,855 | $6,727 | $0 | $2,241 |
| Southeast | $57,176 | $180 | $0 | $2,212 |
| West Coast | $189,556 | $0 | $0 | $110,043 |
| **Total** | **$360,474** | **$12,958** | **$0** | **$114,496** |
| | | | | |
| Blended Cap Rate | 4.76% | 3.65% | 0.00% | 5.93% |
| Implied Annual Rent | $17,175 | $473 | $0 | $6,790 |
| Months Under FPI | 10.5 | 7.5 | 0 | 1 |
| Implied Acquisition Revenue | $15,028 | $296 | $0 | $566 |
| **Total Acquisition Revenue** | **$15,889** | | | |