# EXHIBIT I

Message

**From:** RF RF RF
**Sent:** 6/26/2018 8:44:47 AM
**To:** Person A Person A
**Subject:** RF New Research
**Attachments:** FPI v10.docx

Person A

Please find RF new research report. If you have any questions, please call me.

Best regards,



RF RF

RF

****************************************************************************************************************************
****
NOTICE: This e-mail does not represent an offer to purchase or a solicitation of securities by RF . Such an offer can only be made by obtaining appropriate offering documents. Any past performance provided is for illustrative purposes only and is not indicative of future investment results.

THIS COMMUNICATION DOES NOT CONSTITUTE AN INTENTION BY THE SENDER TO CONDUCT A TRANSACTION OR MAKE ANY AGREEMENT OR CONTRACT BY ELECTRONIC MEANS. NOTHING CONTAINED HEREIN OR IN ANY ATTACHED ELECTRONIC FILE SHALL SATISFY THE REQUIREMENTS FOR A WRITING, NOR CONSTITUTE A CONTRACT OR AN ELECTRONIC SIGNATURE, AS THOSE TERMS ARE DEFINED IN OR CONTEMPLATED BY THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE, 15 U. S. C. SECTION 7000 ET SEQ. OR ANY VERSION OF THE UNIFORM ELECTRONIC TRANSACTION ACT ADOPTED BY ANY STATE OR ANY OTHER STATUTE GOVERNING ELECTRONIC TRANSACTIONS.