# EXHIBIT K

Message

**From:** Person H Person H  Person H
**Sent:** 6/█ 2018 11:33:13 AM
**To:** RF
**CC:** Person H Person H  Person H  Person H Person H  Person H
**Subject:** RE: Options Request

Hello, RF We have subjected FPI to further evaluation. It will not be added to the 1-Point Program at this time.

Regards,

**Person H**

---

**From:** Person H Person H
**Sent:** Monday, June █ 2018 12:06 PM
**To:** Person H Person H  Person H  Person H Person H  Person H
**Subject:** FW: Options Request

Please see below.

**Person H**

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

**From:** RF
**Sent:** Monday, June ■ 2018 12:04 PM
**To:** Person H; Person H; Person H
**Subject:** RE: Options Request

I would appreciate it if you would forward on for review. Thanks again, and sorry to pester you.

Sent with ■■■ Secure Email.

------- Original Message -------
On June ■ 2018 12:02 PM, Person H; Person H; Person H wrote:

Hi,

At the time when HDSN was added to the $1 program it qualified, unfortunately at this time the FPI doesn't meet the requirements to add to the $1 program. If you would like I can forward your request to my management team for further review.

Thank you,

**Person H**

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

**From:** RF
**Sent:** Monday, June ■ 2018 11:33 AM
**To:** Person H; Person H; Person H
**Subject:** RE: Options Request

Yes, I FPI does not meet the requirement, but to my knowledge neither does HDSN. I am requesting that the decision on FPI be reconsidered given the volatility in agricultural commodities (which are correlated to FPI's business). I think dollar increments would be beneficial to the investment community.

Sent with ▓▓▓▓ Secure Email.

------- Original Message -------
On June ▓ 2018 11:16 AM, Person H Person H Person H wrote:

Hello,

HDSN is on a $1 program. FPI is on a Standard program, if the request to add the $1 program to FPI it's ineligible to add Reason: ADV (average daily volume) is below 1000. All eligible strikes for FPI are already listed. Please let me know if have any questions.

Thank you,

**Person H**

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

**From:** RF
**Sent:** Monday, June ▓ 2018 11:01 AM
**To:** Person H   Person H
**Subject:** RE: Options Request

Person H

thanks for the prompt response.  I would like to appeal this decision for reconsideration for the following reasons:

1. Agriculture commodity prices (which are directly correlated to FPI) have been very volatile.  The current options spreads don't allow investors to properly protect their investment based on commodity price changes.

2. Other names (i.e. HDSN) have below 1000 in 3-month trading volume but have $1 increments.

Again, I appreciate any help you could provide.

thanks,
RF

Sent with ▇▇▇▇ Secure Email.

------- Original Message -------
On June ▇ 2018 10:55 AM, Person H wrote:

Hello,

Dollar increments are ineligible to add. Reason: ADV (average daily volume) is below 1000.

Thank you,

Person H

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in

error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

**From:** RF
**Sent:** Monday, June ▓ 2018 10:14 AM
**To:** Person H
**Subject:** Options Request

To Whom It May Concern:

I would like to request dollar increment options in Farmland Partners (Ticker: FPI).

best regards,

RF

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email or any attachment for any purpose, or disclose all or any part of the contents to any other person.