# EXHIBIT M

**From:**      Birnbaum, Michael D.
**To:**        Llewellyn, Scott F.; Batchelder, Rhiannon Nicole; Barr, Sarah Elizabeth
**Subject:**   FW: [EXTERNAL] Re: Subpoena in Farmland Partners v. Rota Fortunae
**Date:**      Thursday, November 7, 2019 2:34:53 PM

---

**From:** Jay Coppoletta <jcoppoletta@peak6.com>
**Sent:** Thursday, November 7, 2019 3:30 PM
**To:** Katie A. Roush <roush@fostergraham.com>
**Cc:** Birnbaum, Michael D. <MBirnbaum@mofo.com>
**Subject:** RE: [EXTERNAL] Re: Subpoena in Farmland Partners v. Rota Fortunae

**- External Email -**

I have not gotten search terms yet and it is now delaying my response.  Can you send to me?

Jay

---

**From:** Katie A. Roush <roush@fostergraham.com>
**Sent:** Friday, November 1, 2019 5:47 PM
**To:** Jay Coppoletta <jcoppoletta@peak6.com>
**Subject:** RE: [EXTERNAL] Re: Subpoena in Farmland Partners v. Rota Fortunae

<span style="color:red">**This is an EXTERNAL EMAIL. STOP. THINK before you CLICK links or OPEN attachments.**</span>

---

If not later today, then over the weekend or first thing Monday morning. I'm just conferring with my client on one outstanding issue.

---

**From:** Jay Coppoletta <jcoppoletta@peak6.com>
**Sent:** Friday, November 01, 2019 4:45 PM
**To:** Katie A. Roush <roush@fostergraham.com>
**Cc:** MBirnbaum@mofo.com
**Subject:** [EXTERNAL] Re: Subpoena in Farmland Partners v. Rota Fortunae

When will I get the list of terms?

Get Outlook for iOS

---

**From:** Katie A. Roush <roush@fostergraham.com>
**Sent:** Friday, November 1, 2019 3:01:59 PM
**To:** Jay Coppoletta <jcoppoletta@peak6.com>
**Cc:** MBirnbaum@mofo.com <MBirnbaum@mofo.com>
**Subject:** Subpoena in Farmland Partners v. Rota Fortunae

This is an EXTERNAL EMAIL. STOP. THINK before you CLICK links or OPEN attachments.

Hi Mr. Coppoletta,

Pursuant to our phone call earlier this week, I wanted to confirm that both parties are in agreement with the procedure I outlined in my call; namely that I will provide you with a confidential list of terms to redact, and prior to producing any information in response to FPI's subpoena, you will redact the terms, if any, from your response. I have copied counsel for FPI, Michael Birnbaum, here as well. I will send you a copy of the redaction terms via separate email. Please call me if you have any questions.

Regards,

Katie

**Katie Roush**
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:**  303-333-9786
**Direct:**  303-962-7094
Fostergraham.com

Confidentiality Notice and Disclaimer:  The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited.  If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error. Then delete it. Thank you.

See http://www.peak6.com/email_disclaimer/ for terms and conditions related to this email

This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error. Then delete it. Thank you.