# EXHIBIT N

| | |
|---|---|
| **Message** | |
| **From**: | Rota Fortunae [RF] |
| **Sent**: | 7/10/2018 11:28:45 AM |
| **To**: | John Leonard [jleonard@seekingalpha.com] |
| **CC**: | pro-editors@seekingalpha.com |
| **Subject**: | Re: New Article - FPI |

John,

just resubmitted for publishing tomorrow morning. Please see below.

Dear SA Editors:

PLEASE DO NOT PUBLISH THIS ARTICLE UNTIL 8:30 AM EASTERN TIME ON WEDNESDAY JULY 11, 2018

we have 1) made all requested changes; we removed the same-property revenue not adding up language and chart based on your review; 2) made general edits (nothing material); 3) added a short section in the middle that looks at whether the properties acquired count as economic substance for the loans. we thought this helped balance out the potential arguments on both sides.

We also reached out to management. They did not respond. Our list of questions is included at the end of the article.

Please remember to check the main ticker symbol.

thanks for your help.


RF

On Mon, Jul 9, 2018 at 8:36 AM John Leonard <jleonard@seekingalpha.com> wrote:
Sounds good. Please do the following:
- Email us as soon as you resubmit and include the requested publication date/time in EST.
- Write in the "notes to editors" the requested publication date/time in EST.

Best,

John

On Mon, Jul 9, 2018 at 10:31 AM, Rota Fortunae [RF] wrote:
John,

FYI. We are reaching out to management today around lunch. The plan is to resubmit the article with any comments and only minor language edits by tomorrow before the close. And shoot for publishing before market opens on Wednesday.

thanks,
RF

On Thu, Jul 5, 2018 at 4:27 PM John Leonard <jleonard@seekingalpha.com> wrote:

Thanks – we just sent the article back to you with feedback.

Best,

John

On Thu, Jul 5, 2018 at 2:56 PM, Rota Fortunae <RF> wrote:
John,

I just resubmitted the article with 1) requested changes; 2) improvements to the above-market rent section (with more detailed evidence) and 3) toning down the overall language. We still need to reach out to management, but I would like to know that the changes we made are good and that there are no other issues before we reach out.

thanks,
RF

On Tue, Jul 3, 2018 at 1:15 PM John Leonard <jleonard@seekingalpha.com> wrote:
Re #1 – in this case, please remove any reference to a second part/article.

Re #2 – just remove the farmer graphic.

On Tue, Jul 3, 2018 at 1:58 PM, Rota Fortunae <RF> wrote:
John,

thanks for the feedback. A few questions:

1. Regarding putting everything in one piece. This is very difficult for a number of reasons, the main reason being that it risks making the article much harder to understand when there is already lots to digest. Also there are new themes which do not match this article. Can we remove any mention of another article and if we decide to put another one out just do it under a new article heading?

2. When you say remove the picture of Ryan Niebur, do you mean the whole graphic or just the fact that we labeled a farmer graphic as Ryan Niebur. Please clarify.

thanks,
RF

On Mon, Jul 2, 2018 at 4:53 PM John Leonard <jleonard@seekingalpha.com> wrote:
Thanks for the heads up.

Understood re the publication date/time request. As a reminder **every time** you resubmit the article please include that request so there is no misunderstanding.

We'll try to provide feedback tomorrow (July 3) before the holiday.

On Mon, Jul 2, 2018 at 5:40 PM, Rota Fortunae <RF> wrote:
John,

I hope all is well. I am emailing you to let you know I just submitted a new article on Farmland Partners (FPI). As always, I asked that it not be published until we provide a date and time.

I imagine SA will be closed at least part of this week, so if you can give me an idea of when the team may be able to review the article, I would appreciate it.

Thanks,
RF RF

--
John Leonard, CFA
PRO Editor
e: jleonard@seekingalpha.com
w: seekingalpha.com

--
John Leonard, CFA
PRO Editor
e: jleonard@seekingalpha.com
w: seekingalpha.com

--
John Leonard, CFA
PRO Editor
e: jleonard@seekingalpha.com
w: seekingalpha.com

--
John Leonard, CFA
PRO Editor
e: jleonard@seekingalpha.com
w: seekingalpha.com