IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02351-KLM

FARMLANDS PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE, whose true name is unknown, and
JOHN/JANE DOES 2-10, whose true names are unknown,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Rota Fortunae's Motion to Dismiss Under the Texas Citizens' Participation Act** [#98] (the "Motion"). The Court notes that Defendant filed a previous Motion to Dismiss Under the Texas Citizens Participation Act [#22] on October 15, 2018, which was denied without prejudice by the Court on December 20, 2018 [#45].

    On January 9, 2019, Defendant Rota Fortunae ("RF") filed a Notice of Appeal [#49] as to, among other things, the Order of December 20, 2018 denying RF's Motion to Dismiss Under the Texas Citizens Participation Act ("TCPA"). By Order of July 31, 2019 [#91], the Court denied RF's Motion for a Stay Pending Appeal [#52]. On August 14, 2019, RF filed the instant Motion [#98] "in an abundance of caution and to preserve all rights under the TCPA." *Id.* at 1.[1] RF stated that it "file[d] this motion subject to the motion to stay in the appellate court and the issues raised by the appeal, and d[id] not waive its appellate arguments." *Id.* The Motion incorporated the same arguments made in the previous motion [#22]. In light of the fact that the Motion [#98} raises the same issues that are on appeal from RF's previous Motion to Dismiss Under the Texas Citizens Participation Act [#22], and the appeal has not been resolved, the Court finds that the issues are not properly before the Court at this time. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#98] is **DENIED WITHOUT PREJUDICE**.

---

[1] The Motion [#98] noted that a motion under the TCPA must be filed within 60 days of service of the Complaint. *Id.* at 2.

      IT IS FURTHER **ORDERED** that to the extent the Motion [#98] was filed to preserve rights under the TCPA, this was unnecessary as RF's rights were preserved through the filing of its initial motion [#22] that is currently on appeal.

      Dated:  March 9, 2020