IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID
QUINTON MATHEWS, QKM, L.L.C.:
and JOHN/JANE DOES 8–10 (WHOSE
TRUE NAMES ARE UNKNOWN),

    Defendants.

**CONTINUATION OF [DOCKET #208]**