# EXHIBIT 24




About Secretary Griswold | Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | |
|---|---|
| Name | Apex Clearing Corporation |
| Status | Good Standing |
| Formation date | 12/22/1999 |
| ID number | 19991240759 |
| Form | Foreign Corporation |
| Periodic report month | December |
| Jurisdiction | New York |
| Principal office street address | 350 N. St. Paul Street, Suite 1300, Dallas, TX 75201, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | National Registered Agents, Inc |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility

Colorado Secretary of State - Summary                                                                    Page 1 of 1




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

### Details

| | |
|---:|---|
| Name | BofA Securities, Inc. |
| Status | Good Standing |
| Formation date | 03/29/2016 |
| ID number | 20161225983 |
| Form | Foreign Corporation |
| Periodic report month | March |
| Jurisdiction | Delaware |
| Principal office street address | One Bryant Park, c/o BofAML Securities Inc., New York, NY 10036, United States |
| Principal office mailing address | 401 N Tryon St, NC1-021-06-01, Charlotte, NC 28255, United States |

### Registered Agent

| | |
|---:|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | BTIG, LLC |
| Status | Good Standing |
| Formation date | 04/21/2008 |
| ID number | 20081218815 |
| Form | Foreign Limited Liability Company |
| Periodic report month | August |
| Jurisdiction | Delaware |
| Principal office street address | 600 Montgomery Street, 6th Floor, San Francisco, CA 94111, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Cboe Global Markets, Inc. | | |
| Status | Good Standing | Formation date | 05/08/2018 |
| ID number | 20181380585 | Form | Foreign Corporation |
| Periodic report month | May | Jurisdiction | Delaware |
| Principal office street address | 400 South LaSalle Street, Chicago, IL 60605, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | CHARLES SCHWAB & CO., INC. |
| Status | Good Standing |
| Formation date | 05/30/1978 |
| ID number | 19871068219 |
| Form | Foreign Corporation |
| Periodic report month | May |
| Jurisdiction | California |
| Principal office street address | 211 Main Street, San Francisco, CA 94105, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




About Secretary Griswold | Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | |
|---|---|
| **Name** | CITIGROUP GLOBAL MARKETS INC. |
| **Status** | Good Standing |
| **Formation date** | 09/25/1998 |
| **ID number** | 19981173160 |
| **Form** | Foreign Corporation |
| **Periodic report month** | September |
| **Jurisdiction** | New York |
| **Principal office street address** | 388 GREENWICH STREET, NEW YORK, NY 10013, United States |
| **Principal office mailing address** | PO BOX 30509, TAMPA, FL 33630, United States |

| Registered Agent | |
|---|---|
| **Name** | C T Corporation System |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| **Mailing address** | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | EDWARD D. JONES & CO., L.P. |
| Status | Good Standing |
| Formation date | 08/05/1986 |
| ID number | 19871684125 |
| Form | Foreign Limited Partnership |
| Periodic report month | August |
| Jurisdiction | Missouri |
| Principal office street address | 12555 Manchester Road, St. Louis, MO 63131, United States |
| Principal office mailing address | Attn: Legal, 12555 Manchester Road, St. Louis, MO 63131, United States |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | E*TRADE SECURITIES LLC | | |
| Status | Good Standing | Formation date | 08/30/2002 |
| ID number | 20021240496 | Form | Foreign Limited Liability Company |
| Periodic report month | August | Jurisdiction | Delaware |
| Principal office street address | Harborside 2 200 Hudson St,, Suite 501, Jersey City, NJ 07311, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

### Details

| | |
|---:|:---|
| Name | Goldman Sachs & Co. LLC |
| Status | Good Standing |
| Formation date | 07/06/1994 |
| ID number | 19941075859 |
| Form | Foreign Limited Liability Company |
| Periodic report month | June |
| Jurisdiction | New York |
| Principal office street address | 200 WEST STREET, NEW YORK, NY 10282, United States |
| Principal office mailing address | n/a |

### Registered Agent

| | |
|---:|:---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




# Summary

| Details | |
|---|---|
| Name | Instinet, LLC |
| Status | Good Standing |
| Formation date | 09/19/2018 |
| ID number | 20181733192 |
| Form | Foreign Limited Liability Company |
| Periodic report month | September |
| Jurisdiction | Delaware |
| Principal office street address | WORLDWIDE PLAZA, 309 West 49th Street, New York, NY 10019, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | J.P. Morgan Securities LLC |
| Status | Good Standing |
| Formation date | 10/03/2000 |
| ID number | 20001192128 |
| Form | Foreign Limited Liability Company |
| Periodic report month | October |
| Jurisdiction | Delaware |
| Principal office street address | 383 Madison Ave., New York, NY 10179, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility





**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

**Details**

| | | | |
|---|---|---|---|
| Name | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | | |
| Status | Good Standing | Formation date | 02/02/1959 |
| ID number | 19871028051 | Form | Foreign Corporation |
| Periodic report month | February | Jurisdiction | Delaware |
| Principal office street address | One Bryant Park, New York, NY 10036, United States | | |
| Principal office mailing address | 401 N Tryon Street, NC1-021-06-01, CHARLOTTE, NC 28255, United States | | |

**Registered Agent**

| | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility





**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | Morgan Stanley & Co. LLC |
| Status | Good Standing |
| Formation date | 06/24/1976 |
| ID number | 19871061517 |
| Form | Foreign Limited Liability Company |
| Periodic report month | April |
| Jurisdiction | Delaware |
| Principal office street address | 1585 BROADWAY, New York, NY 10036, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility





**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | National Financial Services LLC | | |
| Status | Good Standing | Formation date | 05/19/2016 |
| ID number | 20161344588 | Form | Foreign Limited Liability Company |
| Periodic report month | May | Jurisdiction | Delaware |
| Principal office street address | 245 Summer Street, c/o Corporate Legal, V4C, Boston, MA 02210, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | PERSHING LLC |
| Status | Good Standing |
| Formation date | 08/16/1999 |
| ID number | 19991152920 |
| Form | Foreign Limited Liability Company |
| Periodic report month | August |
| Jurisdiction | Delaware |
| Principal office street address | One Pershing Plaza, Jersey City, NJ 07399, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility

FPI_00231850




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Raymond James & Associates, Inc. | | |
| Status | Good Standing | Formation date | 04/12/1983 |
| ID number | 19871516431 | Form | Foreign Corporation |
| Periodic report month | December | Jurisdiction | Florida |
| Principal office street address | 880 Carillon Parkway, St. Petersburg, FL 33716, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

FPI_00231851




**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

### Details

| | |
|---|---|
| Name | RBC Capital Markets, LLC |
| Status | Good Standing |
| Formation date | 05/08/1998 |
| ID number | 19981086069 |
| Form | Foreign Limited Liability Company |
| Periodic report month | May |
| Jurisdiction | Minnesota |
| Principal office street address | Three World Financial Center, 200 Vesey Street, 5th Floor, New York, NY 10281, United States |
| Principal office mailing address | n/a |

### Registered Agent

| | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility

FPI_00231852




**For this Record...**
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | Virtu Americas LLC, Delinquent April 1, 2019 |
| Status | Delinquent |
| Formation date | 11/08/2010 |
| ID number | 20101556374 |
| Form | Foreign Limited Liability Company |
| Periodic report month | November |
| Jurisdiction | Delaware |
| Principal office street address | 300 VESEY STREET, NEW YORK, NY 10282, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | C T Corporation System |
| Street address | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| Mailing address | n/a |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility





# Summary

**For this Record...**
- Filing history and documents
- Trade names
- Get a certificate of good standing
- File a form
- Subscribe to email notification
- Unsubscribe from email notification

- Business Home
- Business Information
- Business Search

- FAQs, Glossary and Information

### Details
| | |
|---|---|
| Name | Wells Fargo Clearing Services, LLC |
| Status | Good Standing |
| Formation date | 06/11/2003 |
| ID number | 20031190590 |
| Form | Foreign Limited Liability Company |
| Periodic report month | June |
| Jurisdiction | Delaware |
| Principal office street address | One North Jefferson, St Louis, MO 63103, United States |
| Principal office mailing address | n/a |

### Registered Agent
| | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[Back]

Terms & conditions | Browser compatibility