IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

     Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID QUINTON MATHEWS,
QKM, LLC, and
JOHN/JANE DOES 6-10 (whose true names are unknown),

     Defendants.

---

**DEFENDANTS DAVID QUINTON MATHEWS AND QKM, LLC'S MOTION FOR LEAVE TO CALL FOUR EXPERTS AT TRIAL**

---

     Defendants David Quinton Mathews ("Mathews") and QKM, LLC ("QKM") respectfully move for leave to call four experts at trial, and in support, state as follows.

     1.     Undersigned counsel has conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff opposes the relief requested in this Motion.

     2.     The Scheduling Order entered on August 21, 2019 limits the number of retained experts to "three per side, absent further leave of Court." [Doc. No. 102 at 15]. At the time, Mathews, then known only by his pseudonym Rota Fortunae, was the only named Defendant. The Court noted during the Scheduling Conference, also held on August 21, 2019, that leave was generally given freely to increase the number of experts.

     3.     Nearly a year later, Plaintiff Farmland Partners, Inc. ("FPI") filed its Amended Complaint and named four additional defendants, including Sabrepoint Capital Management,

LP, Donald Marchiony and George Baxter (the Sabrepoint Defendants). The parties never amended the scheduling order (other than extending the fact and expert discovery cut-off dates) after the Sabrepoint Defendants were added to the case.

4. The parties all timely disclosed their retained experts in late January of this year. FPI disclosed three retained experts, Mathews and QKM disclosed two retained experts and the Sabrepoint Defendants disclosed one retained expert.

5. The day after the parties made their expert rebuttal disclosures, which included one more retained rebuttal expert on damages from the Sabrepoint Defendants, and which brought the combined defendants' total number of retained experts to four, the Court granted the Sabrepoint Defendants' motion to dismiss. [Doc. No. 206]. The Sabrepoint Defendants are no longer part of the case.

6. Now, Mathews and QKM seek leave of the Court, pursuant to the Scheduling Order, to call all four experts retained by defendants, including the two experts retained by the Sabrepoint Defendants, at trial.

7. No party will be prejudiced by allowing Mathews and QKM to call four retained experts. All parties timely made their expert disclosures and none of the four retained expert disclosures were late, so the case schedule and trial date are not impacted.

8. Further, the expert who would not be called at trial if this motion is denied is a valuation expert has offered two targeted, limited opinions that go to one specific issue in this case—Mathews' analysis of FPI's property's values in the Article. The scope of his opinions are narrow and his testimony will likewise be short and succinct.

9. Finally, FPI had the opportunity – which it took – to rebut his opinions. FPI also

has the opportunity to depose him and or file a Rule 702 motion if desired. The same is true for the remaining experts retained by defendants. Therefore, FPI will not be prejudiced by allowing Mathews and QKM to call four retained experts.

10. On the other hand, Mathews and QKM will be prejudiced if they are not permitted to call all four experts. FPI has taken the position that the entire Article—which is 50 pages long and contains numerous disparate opinions—is misleading. All four experts are necessary to effectively rebut FPI's broad claims and allegations in the case.

WHEREFORE, Mathews and QKM, LLC respectfully request leave to call four retained experts at trial, and for such other relief as the Court deems proper.

Respectfully submitted this 23rd Day of March, 2021.

> By: */s/ John A. Chanin*
> John A. Chanin
> Katherine Roush
> FOSTER GRAHAM MILSTEIN & CALISHER, LLP
> 360 South Garfield Street, 6th Floor
> Denver, Colorado 80209
> *jchanin@fostergraham.com*
> *kroush@fostergraham.com*
> Phone: 303-333-9810
> *Attorneys for Defendants David Quinton Mathews aka Rota Fortunae and QKM, LLC*

4837-4023-7794, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

sllewellyn@mofo.com
mbirnbaum@mofo.com
sbarr@mofo.com
rbachelder@mofo.com
bcline@mofo.com
sdawson@mofo.com

Counsel for Plaintiff Farmland Partners, Inc.

By:     */s/ Lucas Wiggins*
         Lucas Wiggins, Paralegal