**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

No. 1:18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

     Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID
QUINTON MATHEWS, QKM, L.L.C.,
SABREPOINT CAPITAL
MANAGEMENT, LP, DONALD
MARCHIONY, GEORGE BAXTER, and
JOHN/JANE DOES 6–10 (WHOSE
TRUE NAMES ARE UNKNOWN),

     Defendants.

## ORDER ON SABREPOINT CAPITAL MANAGEMENT, L.P., GEORGE BAXTER AND DONALD MARCHIONY'S MOTION FOR RULE 54(B) CERTIFICATION

This matter is before the Court on Sabrepoint Capital Management, L.P., George Baxter and Donald Marchiony's (collectively the "Sabrepoint Defendants") motion to certify the Court's February 26, 2021 Order granting Sabrepoint Defendants' motion to dismiss for lack of personal jurisdiction as final pursuant to Rule 54(b). [Dkt. 226].

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

The Court expressly finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that the Court's February 26, 2021 Order granting the Sabrepoint Defendants' motion to dismiss for lack of personal jurisdiction is final and disposed of all claims against the Sabrepoint Defendants.

The Court further finds there is no just reason to delay entry of final judgment.

The Court hereby certifies its February 26, 2021 Order granting the Sabrepoint Defendants' motion to dismiss for lack of personal jurisdiction as final pursuant to Rule 54(b).

DATED this _____ day of _____, 2021.

_____
R. Brooke Jackson
United States District Judge