IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

       Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID
QUINTON MATHEWS, QKM, L.L.C.,
FIRST SABREPOINT CAPITAL
MANAGEMENT, LP d/b/a SABREPOINT
CAPITAL MANAGEMENT, LP,
DONALD MARCHIONY, GEORGE
BAXTER, and JOHN/JANE DOES 6–10
(WHOSE TRUE NAMES ARE
UNKNOWN),

       Defendants.

## NOTICE OF SETTLEMENT

Farmland Partners Inc., Rota Fortunae a/k/a David Quinton Mathews, and QKM, L.L.C. hereby provide notice that they have entered into a binding settlement agreement resolving the claims against Mr. Mathews and QKM, L.L.C. in this case (see the settlement agreement attached under seal as Exhibit A), and anticipate moving to dismiss those claims with prejudice by July 6, 2021.

Dated: June 28, 2021

Respectfully submitted,

/s/ *Scott F. Llewellyn*

Scott F. Llewellyn
Sarah E. Barr
Brenden J. Cline
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202
Telephone: 303.592.1500
Facsimile: 303.592.1510
sllewellyn@mofo.com
sbarr@mofo.com
bcline@mofo.com

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900
mbirnbaum@mofo.com

*Attorneys for Plaintiff, Farmland Partners Inc.*

/s/ *John A. Chanin*

John A. Chanin
Katherine Roush
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
jchanin@fostergraham.com
kroush@fostergraham.com

*Attorneys for Defendants Rota Fortunae a/k/a David Quinton Mathews and QKM, L.L.C.*

3

## CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

jchanin@fostergraham.com,
kroush@fostergraham.com,

*Counsel for Defendants Rota Fortunae a/k/a David Quinton Mathews and QKM, L.L.C.*

                                        */s/ Scott F. Llewellyn*
                                          Scott F. Llewellyn