IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

        Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID
QUINTON MATHEWS; QKM, L.L.C.;
and JOHN/JANE DOES 6-10 (WHOSE
TRUE NAMES ARE UNKNOWN),

        Defendants.

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Having entered into a settlement agreement resolving the claims of plaintiff Farmland Partners Inc. against defendants David Quinton Mathews, and QKM, LLC, in this action, Farmland Partners Inc., David Quinton Mathews, and QKM, LLC, hereby stipulate and jointly move that the remaining claims in this action against David Quinton Mathews, and QKM, LLC, be dismissed with prejudice, with each party bearing its own costs and expenses (including attorney fees and expenses) incurred in connection with this action.

1

Dated: June 29, 2021

Respectfully submitted,

*/s/ Scott F. Llewellyn*

Scott F. Llewellyn
Sarah E. Barr
Brenden J. Cline
Morrison & Foerster LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202
Telephone: 303.592.1500
Facsimile: 303.592.1510
sllewellyn@mofo.com
sbarr@mofo.com
bcline@mofo.com

Michael D. Birnbaum
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900
mbirnbaum@mofo.com

*Attorneys for Plaintiff Farmland Partners Inc.*

*/s/ John A. Chanin*

John A. Chanin
Katherine Roush
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
jchanin@fostergraham.com
kroush@fostergraham.com
Phone: 303-333-9810

*Attorneys for Defendants Rota Fortunae a/k/a David Quinton Mathews and QKM, L.L.C.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of June, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    /s/ *Scott F. Llewellyn*
                      Scott F. Llewellyn