IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02351-RBJ

FARMLAND PARTNERS INC.,

    Plaintiff,

v.

ROTA FORTUNAE a/k/a DAVID
QUINTON MATHEWS, QKM, L.L.C.,
SABREPOINT CAPITAL
MANAGEMENT, LP, DONALD
MARCHIONY, GEORGE BAXTER, and
JOHN/JANE DOES 6–10 (WHOSE
TRUE NAMES ARE UNKNOWN),

    Defendants.

---

## FINAL JUDGMENT
---

In accordance with the orders and settlements filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON DEFENDANT SABREPOINT'S MOTION TO DISMISS [ECF No. 206] of Judge R. Brooke Jackson entered on February 26, 2021 it is

ORDERED that the defendant Sabrepoint's Motion to Dismiss [ECF No. 172] is GRANTED and the case as to those defendants is dismissed for lack of personal jurisdiction. It is

FURTHER ORDERED that judgment is entered in favor of the defendants The First Sabrepoint Capital Management, LP d/b/a Sabrepoint Capital Management LP,

George Baxter and Donald Marchiony and against the plaintiff, Farmland Partners Inc. It is

FURTHER ORDERED that the defendants are awarded reasonable costs to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of June, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk